that she was a married woman and that it was against her morals.

16. After Plaintiff's rejection of Officer Whitman's sexual advances, she received an email from him claiming **"she would not have anything to do with him because she liked black men."**

17. Specifically, Officer Whitman writes, **"…the reason you wouldn't do anything with me or anyone else around here was because you liked black guys…"** See attached email attached hereto as Exhibit A.

18. After the incident, rumors circled around the institution that the Plaintiff starred in a pornographic website featuring her having sex with black men.

19. The website was derogatory in nature and depicted a white female in search of sex with black men.

20. The plaintiff is not on the website and has never been a participant in pornographic activity.

21. In May 2003, Correctional Officer John Henry informed the Plaintiff that officers in the Multi-Security Building showed him a pornographic website allegedly featuring the Plaintiff.

22. Between June 2003 and November 2003, the Plaintiff spoke with Captain Flaherty, Captain Brittingham, Captain Truitt, Staff Lieutenant Johnson, Lieutenant Fisher, Lieutenant Beckett, Lieutenant Atallian, Sergeant Rick Van Heckle, and Sergeant Jeff Rogers about the rumors about her being spread around the institution.

23. The officers advised the Plaintiff not to let the rumors to affect her and that it "would die down soon."

24. She was also informed that this was a common occurrence for female officers and happens to females officers when they first arrive.

25. One officer even commented, "You have to understand, we don't always get officers here that look like you."

26. A female correctional officer approached the Plaintiff and advised her that if she just admitted the picture was her then the harassment would end.

27. Immediately after, the Plaintiff reported the incident to Deputy Warden Mike Deloy who informed her that the matter should be addressed "in-house".

28. The Plaintiff also discussed the matter with Warden Richard Kearny who informed her that he would contact internal affairs.

29. It was almost ten months after the initial incident occurred that the Department of Correction Internal Affairs team concluded their investigation of the matter.

30. On or around November 1, 2003, an inmate Brian Jones approached the Plaintiff and asked her about a pornographic picture of her.

31. The inmate informed the Plaintiff that he had heard about the photographs from correctional officers.

32. During the DOC's inaction, pornographic pictures that allegedly featured Plaintiff were circulated throughout the prison, probation and parole office, and work release offices.

33. The pictures were left openly on a desk in the Sussex Correctional Institution for several weeks.

34. Other officers actively viewed the website at the Sussex Correctional Institute.

35. In addition, many officers approached Plaintiff informing her they did not want to work with her because she would only speak to black men.

36. Her fellow correctional officers copied pornographic pictures at work, left