## COUNT I - SEX DISCRIMINATION/SEXUAL HARASSMENT

54. Paragraphs 1 through 53 are hereby realleged and incorporated herein by reference as if fully set forth herein.

55. Such acts as described above by Defendant, State of Delaware Department of Correction, its agents and employees, constitute unlawful sex discrimination and sexual harassment against Plaintiff in violation of Title VII, 42 U.S.C. § 2000(e) et. seq.

56. As a direct and proximate result of Defendant's unlawful discrimination, in the nature of sexual harassment, by and through its agents and employees, Plaintiff Karen Brandewie has been injured and has suffered and will continue to suffer pain, fear, humiliation, anxiety, depression, mental anguish, emotional distress, physical manifestation of anxiety and potential lost wages and lost benefits.

## COUNT II – RACIAL DISCRIMINATION/RACIAL HARASSMENT

57. Paragraphs 1 through 53 are hereby realleged and incorporated herein by reference as if fully set forth herein reference as if fully set forth herein.

58. Such acts as described above by Defendant, State of Delaware Department of Correction, its agents and employees, constitute unlawful racial discrimination and racial harassment against Plaintiff in violation of Title VII, 42 U.S.C. § 2000(e) et. seq.

59. As a direct and proximate result of Defendant's unlawful discrimination, in the nature of racial harassment and discrimination, by and through its agents and employees, Plaintiff Karen Brandewie has been injured and has suffered and will continue to suffer pain, fear, humiliation, anxiety, depression, mental anguish, emotional distress, physical manifestation of anxiety and potential lost wages and lost benefits.

## COUNT III – RETALIATION

60. Paragraphs 1 through 53 are hereby realleged and incorporated herein by

reference as if fully set forth herein.

61. Such acts as described above by Defendant, State of Delaware Department of Correction, its agents and employees, constitute unlawful continuing retaliation against Plaintiff for having complained of discrimination and sexual harassment, and for having filed a Charge of Discrimination with the Delaware Department of Labor and EEOC, and for having filed the instant lawsuit, in violation of § 704(a) of Title VII, 42 U.S.C. § 2000(e)-(3)(a).

62. As a direct and proximate result of Defendant's unlawful discrimination, in the nature of sexual harassment and retaliation by and through its agents and employees, Plaintiff Karen Brandewie has been injured and has suffered and will continue to suffer pain, fear, humiliation, anxiety, depression, mental anguish, emotional distress, physical manifestation of anxiety, lost wages, and lost benefits.

**WHEREFORE**, Plaintiff Karen Brandewie demands judgment in her favor against Defendant State of Delaware Department of Correction for compensatory damages, damages for emotional distress, damages for pain and suffering, lost wages, fringe benefits, front pay, special damages, medical expenses, costs of this action, Attorney's fees, expert fees, pre-judgment interest, post-judgment interest, and any other just and equitable relief as this Court deems proper, including an injunction permanently restraining these violations of Title VII and a directive that Defendant take such affirmative action as are necessary to ensure that the effects of these unlawful employment practices are eliminated and do not continue to affect Plaintiff's employment opportunities.

                                                YOUNG, MALMBERG, & HOWARD

Dated: August 23, 2005

                                                Ronald G. Poliquin, Esquire
                                                30 The Green
                                                Dover, Delaware 19901
                                                (302) 672-5600
                                                Delaware Bar I.D. #: 4447
                                                Attorney for Plaintiff.