

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Philadelphia District Office

21 South 5th Street, Suite 400
Philadelphia, PA 19106-2515
(215) 440-2600
TTY (215) 440-2610
FAX (215) 440-2632, 2848 & 2604

EEOC Charge Number: 17C-2004-00209

Karen Atwell
6 Gordy Street
Georgetown, DE 19947

        Charging Party

v.

State of Delaware
Department of Corrections
245 McKee Road
Dover, DE 19904

        Respondent

## DETERMINATION

Under the authority vested in me by the Procedural Regulations of the Equal Employment Opportunity Commission (EEOC), I issue on behalf of the EEOC the following determination as to the merits of the subject charge, filed under Title VII of the Civil Rights Act of 1964, as amended ("Title VII"). The timeliness and all requirements for coverage have been met. The EEOC adopts the findings of the Delaware Department of Labor issued on December 31, 2004.

Charging Party alleged that she was discriminated against because of her sex, female, and due to her alleged association with Black males, by being continuously subjected to a sexually hostile work environment by the Respondent.

Respondent denies the allegations and contends that it took immediate and proper action as soon as it became aware of Charging Party's allegations of a sexually hostile work environment.

The original investigation conducted by the Delaware Department of Labor resulted in a probable cause finding based on Respondent's own submissions that Charging Party was subjected to a sexually hostile work environment by her co-workers which spread over into the inmate population. The investigation also revealed that Respondent's Sexual Harassment Policy/Practice was ineffective in that it did not have preventative measures in place to ensure a work place free from sexual harassment or provisions to detect the prevalent sexually hostile work atmosphere articulated in the allegations brought forth in this charge of discrimination.

Based on my analysis of the available evidence, I have determined that the evidence establishes a violation of Title VII, as alleged. Upon finding that there is reason to believe that violations have occurred, the