## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BRANDEWIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C. A. No. 05-625-GMS |
| | ) |
| STATE OF DELAWARE, | ) |
| DEPARTMENT OF CORRECTION, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Please enter the appearance of undersigned counsel on behalf of the defendant.

/s/ Ralph K. Durstein III
Ralph K. Durstein III (ID# 912)
Deputy Attorney General
Department of Justice
State of Delaware
820 N. French Street
Wilmington, DE 19801
(302)577-8510

Dated: September 20, 2005

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 20, 2005, I electronically filed an Entry of Appearance with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

    Ronald G. Poliquin, Esquire
    Young, Malmberg & Howard, P.A.
    30 The Green
    Dover, DE 19904

                                                    /s/ Ralph K. Durstein III
                                                    Ralph K. Durstein III
                                                    Department of Justice
                                                    State of Delaware
                                                    820 N. French Street
                                                    Wilmington, DE 19801
                                                    (302) 577-8510
                                                    ralph.durstein@state.de.us