M. JANE BRADY
ATTORNEY GENERAL

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

NEW CASTLE COUNTY
Carvel State Building
820 N. French Street
Wilmington, DE 19801
Criminal Division (302) 577-8500
Fax: (302) 577-2496
Civil Division (302) 577-8400
Fax: (302) 577-6630
TTY: (302) 577-5783

KENT COUNTY
102 West Water Street
Dover, DE 19901
Criminal Division (302) 739-4211
Fax: (302) 739-6727
Civil Division (302) 739-7641
Fax: (302) 739-7652
TTY: (302) 739-1545

SUSSEX COUNTY
114 E. Market Street
Georgetown, DE 19947
(302) 856-5352
Fax: (302) 856-5369
TTY: (302) 856-4698

November 29, 2005

PLEASE REPLY TO : New Castle Office – Civil Division

**Via Electronic Delivery**
The Honorable Mary Pat Thynge
U.S. District Court
844 N. King Street
Lock Box 8
Wilmington, DE 19801

RE:   **Brandewie v. Department of Correction**, C.A. No. 05-625-MPT

Dear Judge Thynge:

In anticipation of the November 30, 2005 scheduling teleconference, plaintiff's counsel, Mr. Poliquin, and I conferred regarding the proposed scheduling order. Subject to the Court's approval, we submit the following:

1. Rule 26(a) Initial disclosures – **December 7, 2005**

2. Joinder and Amendment cut-off – **January 31, 2006**

3. Discovery:

   (b). 30 hours of depositions per side

   (d). Discovery cut-off - **July 31, 2006**

   (e)   Experts:   Plaintiff – **May 31, 2006**

                    Defendant – **June 30, 2006**

6. Interim Status Report – **April 6, 2006**

8. Case Dispositive Motions – **August 31, 2006**

The pretrial conference and trial dates cannot be scheduled except by your honor. It is hoped that the above is helpful to the Court.

Very truly yours,

/s/ Marc P. Niedzielski
Marc P. Niedzielski
Deputy Attorney General

Cc    Ronald Poliquin, Esquire