IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BRANDEWIE, : | |
| Plaintiff, : | |
| v. : | Civil Action No. 05-625-MPT |
| STATE OF DELAWARE DEPARTMENT : OF CORRECTIONS, : | |
| Defendant. : | |

## SCHEDULING ORDER

At Wilmington this **30th** day of **November, 2005.**

The Court having conducted an initial Rule 16 scheduling and planning conference pursuant to Local Rule 16.2(a) on November 30, 2005, and the parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation or binding arbitration;

IT IS ORDERED that:

1. **Rule 26(a) Initial Disclosures**: Unless otherwise agreed to by the parties, they shall make their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) on or before **December 7, 2005.**

2. **Joinder of other Parties and Amendment of Pleadings**: All motions to join other parties and amend the pleadings shall be e-filed on or before **January 31, 2006.**

3. **Discovery**:

    a. <u>Initiation of Discovery</u>. The parties are relieved from Rule 26(d)'s limitation on seeking discovery before the Rule 26(f) meeting.

    b. <u>Limitation on Hours for Deposition Discovery</u>. Each side is limited to a total of **30 hours** for taking testimony by deposition upon oral examination.

    c. <u>Location of Depositions</u>. Any party or representative (officer, director or managing agent) of a party filing a civil action in this court must ordinarily be required, upon request, to submit to a deposition at a place designated within this district. Exceptions to this general rule may be made on order of the court. A defendant who becomes a counterclaimant, cross-claimant or third-party plaintiff shall be considered as having filed an action in this court for the purpose of this provision.

    d. <u>Discovery Cut-Off</u>: All discovery in this case shall be initiated so that it will be completed on or before **July 31, 2006.**

    e. <u>Disclosure of Expert Testimony</u>: For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before **May 31, 2006.** The supplemental disclosure to contradict or rebut evidence on the same subject matter identified by another party is due on or before June 30, 2006. Along with the submissions of the expert reports, the parties shall advise of the dates and times of their experts' availability for deposition.

    f. <u>Discovery Disputes</u>: Should counsel find they are unable to resolve a discovery dispute, they shall jointly contact the Court to schedule a time for an office or telephonic conference to review the matter. No later than **5:00 p.m. Eastern**

**Time on the third business day** before the conference, counsel **may** e-file a **TWO PAGE LETTER**, exclusive of exhibits, describing the issue(s) in contention. **Motions filed pursuant to Fed. R. Civ. 26 or 37 without benefit of the above-described informal procedure shall be denied.** If counsel for a party believes that a discovery dispute requires resolution on an urgent basis, counsel may contact the Court and request a more immediate office or telephonic conference.

4. **Interim Status Report**: On **April 6, 2006**, counsel shall e-file a letter to the Court with an interim report on the nature of the matters in issue and the progress of discovery to date.

5. **Status Conference**: On **June 7, 2006**, the Court will hold a Rule 16(a), (b) and (c) conference by telephone with counsel at **9:00 a.m. Plaintiff's counsel shall initiate the telephone call**. At the time of this teleconference, counsel shall also be prepared to discuss the progress, if any, of settlement discussions and shall be prepared to discuss the possibility of setting up a settlement conference with the Court, counsel and their clients. Counsel are to advise the Court by joint letter if this conference is not necessary.

6. **Case Dispositive Motions**: All case dispositive motions and an opening brief or memorandum of points and authorities and affidavits, if any, in support of the motion shall be served and e-filed on or before **August 31, 2006**. Briefing and page restrictions shall be according to the Court's Local Rules.

7. **Applications by Motion**: Except as provided in this Order or for matters relating to scheduling, any application to the Court shall be by written motion and

e-filed. Counsel shall not deliver copies of papers or correspondence to Chambers. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

8. **Pretrial Conference**: On **Friday, January 5, 2007**, the Court will hold a Rule 16(d) final pretrial conference in Chambers with counsel beginning at **9:00 a.m.** No less than **twenty-one (21) days** before the joint proposed pretrial order is due, plaintiff's counsel shall forward to defendant's counsel a draft of the pretrial order with the information plaintiff proposes to include in the draft. Within **five (5) business days** from the date of receiving the draft, defendant's counsel shall, in turn, provide plaintiff's counsel with comments on the plaintiff's draft and the information defendant proposes to include in the proposed order.

Unless otherwise ordered by the Court, the parties should assume that filing the Pretrial Order satisfies the Pretrial Disclosure Requirement in Fed.R.Civ.P.26(a)(3). Where a case is to be tried to a jury, pursuant to Local Rules 47.1 and 51.1, the parties shall confer and make every reasonable effort to resolve objections, so that a joint filing of the proposed voir dire, instructions to the jury, and special verdict forms or special interrogatories may occur. Any objections or counter proposed voir dire, jury instructions, special verdicts or interrogatories shall be included with these submissions.

The parties shall e-file the joint proposed final pretrial order, voir dire, instructions to the jury, verdict forms or special interrogatories, consistent with the requirements of this Order and the Final Pretrial and Trial Management Order, no later than **ten (10) full business days** before the final pretrial conference. A courtesy copy for the Magistrate Judge is to be left at the Clerk's Office.

9. **Trial**: This matter is scheduled for a **five (5) day jury trial** beginning at **9:00 a.m. on Monday, January 22, 2007**, in **Courtroom 2A**. For the purposes of completing pretrial preparations, counsel should plan on each side being allocated a total of 14 hours to present its case.

10. To the extent this order allows or the Court specifically requests or authorizes any papers to be provided for Chambers, **no originals** of such papers shall be provided to Chambers. Any copy for Chambers shall be delivered to the Clerk's Office.

_____
UNITED STATES MAGISTRATE JUDGE