IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BRANDEWIE </br></br>Plaintiff, </br></br></br></br>STATE OF DELAWARE </br>DEPARTMENT OF CORRECTION </br></br>Defendant. | ) </br>) </br>) </br>) </br>) </br>) C.A. No.: 05-625 (GMS </br>) </br>) JURY TRIAL DEMANDED </br>) </br>) </br>) |

### RULE 26(a)(1) DISCLOSURE REQUIREMENTS BY THE PLAINTIFF

Plaintiff's initial disclosure is made without benefit of any discovery and Plaintiff reserves the right to amend its disclosures to add witnesses.

**A.** Identities of individuals likely to have discoverable information that the disclosing party may use to support its claims or defenses.
The following are current employees of the Delaware Department of Correction and Defendant has knowledge as to their contact information.

1. Commissioner Stanley Taylor: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

2. Warden Kearney: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

3. Warden Bianco: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

4. Deputy Warden Deloy: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

5. Officer Kirk Clay: Has knowledge of the events that led to the sexual harassment and discrimination against the Plaintiff.

6. Officer Greg Smith: Has knowledge of the events that led to the sexual harassment and discrimination against the Plaintiff.

7. Officer Mike Shockley: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

8. Officer Alvin Hudson: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

9. Lt. Guy Fowler: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

10. Helen Moore, DOC Counselor: Has knowledge of the events that led to the sexual harassment and discrimination against the Plaintiff.

11. Sandra Nesbit, DOC Counselor: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

12. Officer Lenny Whitman: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

13. Officer James Henry: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

14. Captain Gerry Flaherty: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

15. Captain Brittingham (first name not known): Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

16. Captain Truitt: (first name not known): Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

17. Staff Lieutenant Johnson: (first name not known): Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

18. Lieutenant Fisher: (first name not known): Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

19. Lieutenant Beckett: (first name not known): Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

20. Lieutenant Atallian: (first name not known): Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

21. Sergeant Rick Van Heckle: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

22. Sergeant Jeff Rogers: (first name not known): Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

23. Officer Janice Sneed: Has knowledge in the events that led to the sexual harassment and discrimination against the Plaintiff.

24. Officer Bryan Andrews: Has knowledge in the events that led to the sexual harassment and discrimination against the Plaintiff.

25. Officer Kirk Clay: Has knowledge in the events that led to the sexual harassment and discrimination against the Plaintiff.

26. Officer Ron Brzezicki: Has knowledge in the events that led to the sexual harassment and discrimination against the Plaintiff.

27. Officer Donna Short: Has knowledge in the events that led to the sexual harassment and discrimination against the Plaintiff.

28. Officer Deine Bes: Has knowledge in the events that led to the sexual harassment and discrimination against the Plaintiff.

29. Officer Wendy Phillips: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

30. Officer Billy Edwards, friend of Plaintiff, 302-856-5280, has knowledge in the events that led to the sexual harassment and discrimination against the Plaintiff.

In addition:

31. John Ryan, Union Representative, 302-422-6180/302-856-5280: Has knowledge of the events that led to the sexual harassment and discrimination against the Plaintiff.

32. Dr. Eileen Davis, 25 Bridgeville Road, Georgetown, Delaware: has knowledge as to emotion distress and hostile work environment suffered by Plaintiff.

33. Julie Warnick, LCSW, CADC, Children & Families First, 410- South Bedford St., Georgetown, DE. (302) 856-2388: : has knowledge as to emotion distress and hostile work environment suffered by Plaintiff.

**B.** A copy of or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to supports its claims or defenses, unless solely for impeachment;

1. 1/26/2001 Delaware Department of Correction Record of Training attached as Exhibit A.

2. 7/02/2001 Grading Performance Sheet attached as Exhibit B.

3. 7/02/2001 Grading Performance Sheet signed by Sgt. Brian King attached as Exhibit C.

4. 7/24/2001 Grading Performance Sheet signed by Sgt. Divergilis attached as Exhibit D.

5. 7/25/2001 Grading Performance Sheet signed by Capt. Joseph Balenger attached as Exhibit E.

6. 7/31/2001 Grading Performance Sheet and letter signed by Sgt. George Coventry attached as Exhibit F.

7. 2/05/2003 Email from Officer Leonard Whitman to Plaintiff attached as Exhibit G.

8. 2/06/2003 Email from Officer Leonard Whitman to Plaintiff attached as Exhibit H.

9. 3/26/2003 Letter of Appreciation from Warden Kearney to Plaintiff attached as Exhibit I

10. 4/08/2003 Memorandum on State Policy on Sexual Harassment from Stan Taylor attached hereto Exhibit J.

11. 6/09/2003 Memorandum on Acceptable Use Policy for DOC attached as Exhibit K.

12. 11/02/2003 Email from Plaintiff to Warden Kearney attached as Exhibit L.

13. 2/11/2004 Memorandum concerning Complaint of Plaintiff attached as Exhibit M

14. 2/17/2004 Email from Plaintiff to Warden Kearney attached as Exhibit N.

15. 2/23/2004 Email from Plaintiff to Warden Kearney attached as Exhibit O.

16. Undated Email from Plaintiff to Warden Kearney attached as Exhibit P.

17. 3/25/2005 Email from Plaintiff to Warden Bianco attached as Exhibit Q.

18. 4/15/2005 Email from Plaintiff to Warden Bianco, Captain Wilson, and Lt. Smith attached as Exhibit R.

19. 4/18/2005 and 4/19/2005 Email between Warden Vince Bianco and Plaintiff attached as Exhibit S.

20. 5/09/05 and 05/23/2005 Email to Warden Vince Bianco from Plaintiff attached as Exhibit T.

21. 5/17/2005 DOC Return to Work Sheet attached as Exhibit U.

    22. 06/20/2005 Email to Warden Vince Bianco from Plaintiff attached as Exhibit V.

    23. 12/30/2004 Department of Labor (DOL) Final Determination and Right to Sue Notice attached as Exhibit W.

    24. Undated DOL Charge of Discrimination attached as Exhibit X

    25. 8/15/2005 EEOC adoption of DOL findings attached as Exhibit Y.

    26. Plaintiff's attorney is also in possession of pornographic materials including copies of website allegedly to have featured Plaintiff.

**C.** Identities of experts and their opinions if known at this time.

    1. Dr. Eileen Davis, 25 Bridgeville Road, Georgetown, Delaware will testify as an expert witness concerning Mr. Reed's emotional distress, pain and suffering, and medical expenses and submit a report to such.

    2. Dr. David L. Fink, 135 S. 18th Street, Philadelphia, PA 19103, (215) 563-4649 will testify as an expert witness concerning Mr. Reed's emotional distress, pain and suffering, and will submit a report to such.

    3. Dr. Robert Minnehan, 765 Arbor Drive, Newark, DE 19713 will testify as an expert witness concerning Plaintiff's economic damages.

**D.** Insurance agreements in force.

    Plaintiff currently is insured by the State of Delaware benefits program.

**E.** Statement of the bases for any damages claimed:

    1. Economic Damages: Plaintiff's back and front pay (including benefits), medical expenses and other incidental expenses.

2. Emotional Distress: Damages of Defendant's egregious behavior, physical manifestations, length of employment lost, disruption to Plaintiff's life caused by discrimination.

3. Punitive Damages: Based on the Defendant's inaction and retaliation in response to employee's sexual and racial harassment.

4. Attorney Fees: Plaintiff will obtain attorney fees based on hours expended, costs pursuant to *Christianburg Garment Co. v. Equal Employment Opportunity*, 434 U.S. 412, 98 S.Ct. 694 (1978).

YOUNG, MALMBERG & HOWARD, P.A.

/s/Ronald G. Poliquin
RONALD G. POLIQUIN, ESQUIRE
Supreme Court I.D.: 4447
30 The Green
Dover, DE 19901
302-672-5600
Attorney for Plaintiff

DATED: December 13, 2005