# EXHIBIT A

# DELAWARE DEPARTMENT OF CORRECTION

## Employee Development Center

TRAINEE: Karen Brandewie                Class: 124

Primary Instructor: Alex Lapinsky                Course Dates: 11-30-2000 – 1-26-2001

## RECORD OF TRAINING

| COMPLETED | TOPIC TITLES | HOURS | INSTRUCTOR |
|---|---|---|---|
| 11-30-2000 | EDC/DOC First Day Orientation | 5.5 | Alex Lapinsky |
| 11-30-2000 | Personnel Office Briefing | 1 | Bay Lawday, Karen Nunn |
| 12-8-2000 | Tour of DCC or SCI | 8 | Lapinsky, Sammander, Smith, Lee |
| 12-1-2000 | Tour of MPCJF and BWCI | 8 | Lapinsky, Sammander, Smith |
| 12-4-2000 | Classification | 2.5 | Howard Young |
| 12-4-2000 | Overview of CJ System | 1 | LaKisha Smith |
| 12-4-2000 | Security | 1 | Wayne Lee |
| 12-4-2000 | Rules for Treatment of Offenders | 2.5 | Wayne Lee |
| 12-5-2000 | Population Count | 2 | Osmon Sammander |
| 12-5-2000 | Conducting Post Assumption & Insp | 1.5 | LaKisha Smith |
| 12-6-2000 | Key & Tool Control | 1 | Alex Lapinsky |
| 12-7-2000 | Staff Manipulation | 2.5 | Alex Lapinsky / Wayne Lee |
| 12-6-2000 | Contraband & Searches | 7 | W.Lee, L.Smith, O.Sammander |
| 12-5-2000 | Transportation of Inmates | 1.5 | Alex Lapinsky, John Pennington |
| 12-5-2000 | Use of Restraints | 2 | Alex Lapinsky, John Pennington |
| 12-6-2000 | Emergency Response | 1 | Alex Lapinsky, Wayne Lee |
| 12-7-2000 | Hostage Situations | 1 | Wayne Lee |
| 12-14-2000 | Professional Ethics/Code of Conduct | 1 | Lynne Brown |
| 12-11 Yo 12-13-00 | Interpersonal Communications | 21 | Lapinsky, G.Elliott, S.Wells, R.Drummond |
| 12-14-2000 | IPC Conflict Resolution | 7 | Lapinsky, Smith |
| 12-19-2000 | Human Relations | 3 | W.LEE |
| 12-19-2000 | Cultural Awareness | 3 | W.LEE. |
| 12-20-2000 | Cross Gender Supervision | 3 | O. Sammander |
| 12-20-2000 | Stress Awareness | 3 | L.Brown |
| 12-21 & 22-2000 | Report Writing | 14 | W. Lee, Team |
| 12-18-00 | Self Contained Breathing Apparatus | 2.5 | Lapinsky, Lee, Team |
| 12-18-00 | "    "    " Practical | 2.5 | Lapinsky, Lee, team |
| 12-18-00 | Portable Fire Extinguishers w/practical | 2 | LEE    Team |

TRAINEE: _____

| | | | |
|---|---|---|---|
| 12-26-00 | Riots: Causes & Prevention | 3 | Osman Sammander |
| 12-26-00 | Chemical Agent Munitions | 4 | Greg Elliott, Alex Lapinsky |
| 1-24-01 | CPR Basic Heartsaver | 7 | Alex Lapinsky Team |
| 1-12-01 | First Aid | 7 | O. Sammander, A. Lapinsky, Team |
| 12-15-00 | Prison Gangs | 2 | Fred Franze |
| 1-25-01 | Evidence Handling & Documentation | 1 | O. Sammander |
| 1-25-01 | Fingerprint Training | 2 | O. Sammander, Cpl. Smith, Dodson |
| 1-12-01 | The AIDS Epidemic | 4 | Fred Franze |
| 1-11-01 | Controlled Substances | 2 | Bob Jamison |
| 1-11-01 | Street Drugs | 1 | Sgt. H. Downes. |
| 1-16-01 | Use of Force/ Tension/Tension Reduction | 2 | Alex Lapinsky, O. Sammander, M. Lewis, |
| 1-16 to 1-19-01 | Defensive Tactics | 19 | Alex Lapinsky, Harold Mack, A. Smith |
| 1-22-01 | Quick Response Team Training | 6 | A. Lapinsky, H. Mack, M. Lewis, O. Sammander. |
| 1-23-01 | Riot Control Tactics | 5.5 | Lapinsky, Lewis, Team |
| 1-2-01 to | .38 Revolver Marksmanship | 32 | R. Franze and H. Mack Team |
| 1-9-01 | 12 Gauge Shotgun Marksmanship | 8 | R. Franze and H. Mack Team |
| 12-15-00 | Legal Issues | 4 | Carl Danberg |
| N/A | ~~Cadet Olympics~~ ul | 3 | cancelled per Ron Sauls. |
| 1-10-01 | Special Medical Topics | 7 | Michael Roach |
| 1-26-01 | Business Office Briefing | 1 | Barbara Mast |
| 1-26-01 | Union Presentation | 1 | Ron Proctor |
| 12-12-00 | Hazardous Chemicals/Right to Know | .5 | Sammander |
| 12-14-00 | Drugs in the Workplace | .5 | Lynne Brown |

SUBTOTAL # OF HOURS    233.50

Institutional Observation    +    24.00
(24-32 hrs.)

Aerobic Circuit Exercise Trng.  +  25.00
(23-30 hrs.)

TOTAL NUMBER OF
TRAINING HOURS    282.50

OVERALL AVERAGE 92.66

\** Three days of observation are firm, the fourth day is optional.

\** The total number of Aerobic Circuit Exercise Training Hours may vary due to the training schedule.

Reviewed and Approved: _Kathleen Middle-Askin_ _1-26-01_
                                        Training Administrator II                                    Date

Reviewed and Approved: _____ _____
                                        Training Academy Administrator                          Date

**Delaware Department of Correction**
**Employee Development Center**
**Official D.O.C. Training Record**
Certified & Attested to by:

Name: _Alex Lapinsky_        Title: _Development Officer_

Signature: _Alex Lapinsky_        Date: _1-26-2001_

**IMPORTANT TO TRAINEE:** This is an important record of your training, safeguard it as you would any valuable document.

TRAINEE: _____

06/29/99