# EXHIBIT B

- 4 -

## Grading Criteria Instructions:

Students should be evaluated in accordance with the expectations of a newly hired entry level worker.

In each evaluation category, the evaluating supervisor, using the aforementioned criteria, will place a numerical grade in the appropriate block.

       92 - 100         = A (Outstanding)
       83 - 91          = B (Good)
       75 - 82          = C (Satisfactory)
       74 and Below     = R (Unsatisfactory)

Please Note:   Evaluating supervisors are encouraged to give additional comments which may be beneficial in determining the student's final grade.

|  | Outstanding | Good | Satisfactory | Unsatisfactory |
|---|---|---|---|---|
| 1. Overall quality of work | (100) A | | | |
| 2. Ability to establish effective relationships with clients | (100) A | | | |
| 3. Ability to work as a team member | (100) A | | | |
| 4. Ability to work independently | (100) A | | | |
| 5. Ability to communicate:<br>a. verbally<br>b. non-verbally<br>c. in writing | A<br><br>(100) | | | |
| 6. Accurate record keeping | A (100) | | | |
| 7. Ability to benefit from supervision | A (100) | | | |
| 8. Flexibility | A (100) | | | |
| 9. Attendance | A (100) | | | |
| 10. Punctuality | A (100) | | | |

- 5 -

Additional comments regarding student's strengths and weaknesses: _____

Ms. Brandewie excells in all aspects of an individual duties as a Correctional Officer.

Would you recommend this student for employment? Comments: _____

Yes, she is a pleasure to work with. Ms. Brandewie has outstanding attendance, very punctual, works well individually as well as part of team.

Point Total = 1000

Overall Grade = A

_____          07/02/01
Supervisor's Signature              (Date)
Sgt. John L. Endres