# EXHIBIT C

- 4 -

## Grading Criteria Instructions:

Students should be evaluated in accordance with the expectations of a newly hired entry level worker.

In each evaluation category, the evaluating supervisor, using the aforementioned criteria, will place a numerical grade in the appropriate block.

        92 - 100      = A (Outstanding)
        83 - 91       = B (Good)
        75 - 82       = C (Satisfactory)
        74 and Below  = R (Unsatisfactory)

Please Note:   Evaluating supervisors are encouraged to give additional comments which may be beneficial in determining the student's final grade.

| | | Outstanding | Good | Satisfactory | Unsatisfactory |
|---|---|---|---|---|---|
| 1. | Overall quality of work | | 90 | | |
| 2. | Ability to establish effective relationships with clients | 93 | | | |
| 3. | Ability to work as a team member | 95 | | | |
| 4. | Ability to work independently | | 89 | | |
| 5. | Ability to communicate:<br>a. verbally<br>b. non-verbally<br>c. in writing | 98 | | | |
| 6. | Accurate record keeping | 95 | | | |
| 7. | Ability to benefit from supervision | | 90 | | |
| 8. | Flexibility | | 87 | | |
| 9. | Attendance | 100 | | | |
| 10. | Punctuality | 100 | | | |

- 5 -

Additional comments regarding student's strengths and weaknesses: OFFICER BRANDEWIE IS ALWAYS ON TIME, VERY WELL GROOMED AND MAINTAINS A PROFESSIONAL ATTITUDE. SHE IS ALWAYS FAIR AND NEVER FAVORITISM. HER ONLY WEAKNESS IS SHE TENDS TO OVER WORK HERSELF OCCASIONALLY.

Would you recommend this student for employment? Comments: YES; MY PERSONAL AND PROFESSIONAL OPINION OF OFFICER BRANDEWIE IS, SHE'S A DEDICATED TEAM PLAYER AND WILL BE A TRUE ASSET TO ANY EMPLOYER.

Point Total = 937

Overall Grade = OUTSTANDING

Sgt. Brian King

_Brian King_       7-2-01
Supervisor's Signature      (Date)