# EXHIBIT D

- 4 -

### Grading Criteria Instructions:

Students should be evaluated in accordance with the expectations of a newly hired entry level worker.

In each evaluation category, the evaluating supervisor, using the aforementioned criteria, will place a numerical grade in the appropriate block.

        92 - 100      = A (Outstanding)
        83 - 91        = B (Good)
        75 - 82        = C (Satisfactory)
        74 and Below  = R (Unsatisfactory)

Please Note:  Evaluating supervisors are encouraged to give additional comments which may be beneficial in determining the student's final grade.

|   |   | Outstanding | Good | Satisfactory | Unsatisfactory |
|---|---|---|---|---|---|
| 1. | Overall quality of work |   |   |   |   |
| 2. | Ability to establish effective relationships with clients |   |   |   |   |
| 3. | Ability to work as a team member |   |   |   |   |
| 4. | Ability to work independently |   |   |   |   |
| 5. | Ability to communicate:<br>a. verbally<br>b. non-verbally<br>c. in writing |   |   |   |   |
| 6. | Accurate record keeping |   |   |   |   |
| 7. | Ability to benefit from supervision |   |   |   |   |
| 8. | Flexibility |   |   |   |   |
| 9. | Attendance |   |   |   |   |
| 10. | Punctuality |   |   |   |   |

- 5 -

Additional comments regarding student's strengths and weaknesses: Officer Brandewie has the ability to talk to people and to calm a situation that perhaps otherwise might not have a happy ending.

Would you recommend this student for employment? Comments: I believe that Officer Brandewie would work real well in any of the criminal justice fields.

Point Total = _____

Overall Grade = _____

Sgt. Divergilis

_____    7/24/01
Supervisor's Signature                 (Date)