# EXHIBIT E

- 4 -

Grading Criteria Instructions:

Students should be evaluated in accordance with the expectations of a newly hired entry level worker.

In each evaluation category, the evaluating supervisor, using the aforementioned criteria, will place a numerical grade in the appropriate block.

```
92 - 100        = A (Outstanding)
83 - 91         = B (Good)
75 - 82         = C (Satisfactory)
74 and Below    = R (Unsatisfactory)
```

Please Note:   Evaluating supervisors are encouraged to give additional comments which may be beneficial in determining the student's final grade.

| | | Outstanding | Good | Satisfactory | Unsatisfactory |
|---|---|---|---|---|---|
| 1. | Overall quality of work | 92 | STILL HAS MUCH TO LEARN, HOWEVER IS VERY CONSCIOUS OF JOB PERFORMANCE | | |
| 2. | Ability to establish effective relationships with clients | | 83 | HAS NOT BEEN CONFRONTED WITH ALL LEVELS OF UNEXPECTED NEGATIVE BEHAVIOR FROM INMATES | |
| 3. | Ability to work as a team member | 92 | CONTRIBUTES TO OPERATIONS OF SHIFT AND STAFF. | | |
| 4. | Ability to work independently | | 87 | 8 MONTHS WITH DEPT. STILL LEARNING THE POSITION | |
| 5. | Ability to communicate:<br><br>a. verbally<br>b. non-verbally<br>c. in writing | 92 | CLEAR, CONCISE, REPORTS ARE LEGIBLE, FACTUAL | | |
| 6. | Accurate record keeping | N/A | | | |
| 7. | Ability to benefit from supervision | 95 | SEEKS GUIDANCE FROM SUPERVISORS, WILLING TO LISTEN AND LEARN | | |
| 8. | Flexibility | 92 | | | |
| 9. | Attendance | 100 | PERFECT ATTENDANCE TO DATE | | |
| 10. | Punctuality | 100 | ALWAYS ½ - 1 HR EARLY | | |

- 5 -

Additional comments regarding student's strengths and weaknesses: _____

OFFICER BRANDEWIE'S STRENGTHS ARE THE WILLINGNESS TO ASK QUESTIONS, TO LEARN AND EFFECTIVELY LISTEN. SHE MAKES SUGGESTIONS FOR IMPROVEMENT TO OPERATIONS. ONLY WEAKNESS IS THAT SHE HAS NOT EXPERIENCED A TOTAL UPRISING OF WHICH THERE IS ALWAYS POTENTIAL.

Would you recommend this student for employment? Comments: _____

I WOULD HIGHLY RECOMMEND C/O BRANDEWIE TO BE HIRED IN A POSITION/JOB THAT SHE SEEKS. SHE IS AN ASSET TO THE DEPARTMENT OF CORRECTIONS.

Point Total = 833

Overall Grade = 92.5

Capt. Joseph Balenger

_____  _____
Supervisor's Signature         (Date)

Capt. Joseph Balenger    7/25/01