# EXHIBIT I



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

TELEPHONE: (302) 856-5280

March 26, 2003

TO:     C/O K. Atwell

FROM:   Warden Kearney  R.K.

RE:     Letter of Appreciation

---

I would like to take this opportunity to express my appreciation for the extra effort and dedication you showed during the State of Emergency on February 16 and 17, 2003. You went the distance and kept things running smoothly at SCI during the snow storm.

Again, thank you for a job well done.


xc:    Lt. Payne
       File

*[handwritten: I worked 24 hrs. straight.]*