# EXHIBIT N

## Atwell Karen (DOC)

To...          Kearney Richard (DOC)

Subject:       Conversation on 2-17-04

Attachments:

February 17, 2004                                          1945 hr.

Dear Warden Kearney,

I am writing this letter to address a subject matter wich was briefly discussed on Tuesday, 2-17-04. I did give my return to work form to my doctor. If you have not received it please contact me. As far as I know my only restrictions are the half days for the first few days. I really have never had a problem with the inmates; however, I was very intimidated because they were bringing the subject of the porn site to me. I knew that raised my level of vulnerability. My biggest problems were with officers acting unprofessional, passing around vulger material trying to pass it off as me. The stress of going to work every day listening to the talk and knowing the photo was not only passed around the prison but also P&P, VOP, and Work Release became too much for me to deal with..As I mentioned before, the way my fellow officers have conducted themselves is a digrace to the Department Of Corrections and it is a shame to the department when an officer receives more respect from the inmates than other officers.

Thank you for your time and patience in this matter.

Sincerely,

C/O Karen Atwell