# EXHIBIT P

**Roscoe Barbara (DOC)**

To: Kearney Richard (DOC)
Cc: Deloy Mike (DOC); Rogers Steve (DOC)
Subject: Letter from Karen Atwell

Warden Kearney,
I am using some one elses e-mail because mine is not working yet.
This letter is to remind you of the conversation we had in your office yesterday, 2-25-04, at approximately 1500 hr.
On Monday or Tuesday this week I spoke with Officer Edwards at WalMart. He informed me that Officer L. Whitman told him he heard Officer Edwards was seen spending time with me. Officer Edwards thought Officer Whitman was joking; however, Lenny said he was not joking, he heard we were seeing each other. As you know, Billy is married and this could cause problems in his home if this rumor continues to grow. I would appreciate any help you can give me in this matter.

Thank you in advance,
C/O Karen Atwell

1