# EXHIBIT Q

 

## Brandewie Karen (DOC)

**From:** Brandewie Karen (DOC)
**Sent:** Friday, March 25, 2005 8:04 AM
**To:** Bianco Vince (DOC); Wilson Kenny (DOC)
**Cc:** Smith William (DOC); Singh Balwant (DOC)
**Subject:** FYI Concerning conversation with I/M

Warden Bianco,

On Tuesday night 3/22/05 at approximately 1800 hr, I/M Alston, Samoyed approached me to inform me that the other inmates are talking about my alledged website that the officers in Georgetown made me out to have. I informed him it was not true, that they had lied and then ended the conversation. I did not want to ask him any questions in front of so many people so I was going to go to him on Wednesday 3/23/05; however, I was too busy and then I began having my anxiety attack and forgot. I figured I would question him on Thursday ,3/24/05; however, the Doctor would not allow me to return until today 3/25/05. At approxamately 0750 hr. on 3/25/05 I asked I/M Alston if he could tell me who these allegations came from but he said he heard it from the officers and inmates at S.C.I. and they are talking here. He also said an inmate by the name of Bolling had information concerning who was involved. This inmate worked in the M.S.B. building. I thanked him for informing me and the conversation ended.

Respectfully,

C/O   Karen Brandewie

1