# EXHIBIT R

**Brandewie Karen (DOC)**

| | |
|---|---|
| From: | Brandewie Karen (DOC) |
| Sent: | Friday, April 15, 2005 1:29 PM |
| To: | Bianco Vince (DOC); Wilson Kenneth (DOC); Smith William (DOC) |
| Subject: | FYI: Conversation with I/M Lowers |

Warden Bianco, Captain Wilson, and Lt. Smith,
I respectfully submit this report of an incident that took place on First Floor while I was Unit 2.
Today, April 15, 2005, at approximately 1200 hr. I/M Lowers came off C-tier to speak with me. He asked me if I remembered the conversation we had before concerning my alleged pornographic web site. I said yes, why? I/M Lowers then replied, " the men are still talking about me being naked on the web site and one of the inmates stated to the others that he has seen it too. I told I/M Lowers unfortunately there is nothing I can do about the talking because that is the light my fellow officers in Georgetown placed me in and word travels with inmates." I/M Lowers then stated that one of the inmates on C-Tier that comes out to talk to me alot is one of the biggest talkers he stated that I/M Gomez has stated to the other inmates on c-tier that he has seen these alleged photos of me upstairs in the bubble on night shift when he has been permitted by the officer to enter the bubble to look at porn sites and that I am naked in these photos. I/M Lowers stated that they all know that I/M Gomez has gone in the bubble because they have seen it take place. I have noticed that I/M Gomez has been acting different toward me and trying to get my attention a lot. I/M Gomez has also approached me two times in the past two days trying to get me to give him money for the machines or just buy him something. I immediately inform him that I will not buy him anything nor would I give him money, then I instructed him to go back on the tier. I brought this to Lt. Smith's attention for advice on what to do and I was instructed to write this FYI.

Respectfully,
C/O Karen Brandewie

Tracking:

| Recipient | Delivery | Read |
|---|---|---|
| Bianco Vince (DOC) | Delivered: 4/15/2005 1:29 PM | Read: 4/18/2005 10:36 AM |
| Wilson Kenneth (DOC) | Delivered: 4/15/2005 1:29 PM | Read: 4/18/2005 7:22 AM |
| Smith William (DOC) | Delivered: 4/15/2005 1:29 PM | Read: 4/16/2005 11:38 AM |