# EXHIBIT T

## Brandewie Karen (DOC)

**From:** Bianco Vince (DOC)
**Sent:** Monday, May 23, 2005 3:36 PM
**To:** Brandewie Karen (DOC)
**Subject:** RE: Inquiry into the Investigation

Karen,

Should I.A. discover wrongdoing on the part of a staff member or members as a result of their investigation, please be advised that I will deal with same as I would in any other personnel matter.

Vince

-----Original Message-----
**From:** Brandewie Karen (DOC)
**Sent:** Monday, May 09, 2005 2:40 PM
**To:** Bianco Vince (DOC)
**Subject:** Inquiry into the Investigation

Warden Bianco,

This is an inquiry into the investigation concerning the I/M Gomez and the porn site. I am needing to know if anything has come of it yet as I will be forwarding the information to my Attorney..
I also want to thank you for looking into this situation as quickly as you did, I grately appreciate it.

Respectfully,
C/O Karen Brandewie

1