**EXHIBIT U**

# RETURN TO WORK

**DELAWARE
DEPARTMENT OF CORRECTION**

To be completed by all DOC staff who have been off work in excess of five workdays for illness or injury or
- who have been injured or submitted a First Report of Injury for Worker's Compensation or
- who are restricted from working full duty due to personal injury, illness, or medical condition.

Light/Alternative Duty can only be authorized for up to 90 days (180 days under special circumstances)

## TO BE COMPLETED BY EMPLOYEE

EMPLOYEE NAME: Karen Brandewie
JOB TITLE: Correctional Officer
INSTITUTION: SCI

REASON FOR RESTRICTED DUTY / ABSENCE: PERSONAL INJURY/ILLNESS
ORIGNAL DATE OF INJURY: ONGOING

IF PREGNANT, EXPECTED DUE DATE:

EMPLOYEE SIGNATURE / DATE: Karen L. Brandewie

## TO BE COMPLETED BY PHYSICIAN

PATIENT'S NAME: Karen Brandewie
DATE OF EXAM: 4/1/04
PATIENT CANNOT WORK: FROM: ___ TO: 5/17/04

DESCRIPTION OF INJURY/ILLNESS: Depression; Anxiety d/o; PTSD

PATIENT CAN RETURN TO WORK BUT WITH THE FOLLOWING RESTRICTIONS BEGINNING: May 17 2004

| | | | |
|---|---|---|---|
| No standing for extended periods | No running | No lifting weight of 1-3 lbs | Avoid inmate contact |
| Limit standing (enter time limitations) Minutes | Limited walking (enter time limitations) Minutes | No lifting weight of 3-9 lbs | Under medication that may cause drowsiness |
| No repetitive bending | No repetitive arm movement | No lifting weight of over 10 lbs | No prolonged sitting (enter time limitations) Minutes |

Explanation of other limitations or reason for light duty:
※ Patient is better suited to work @ MCI since less hostile environment for her

PATIENT CAN RETURN TO WORK WITHOUT RESTRICTIONS BEGINNING:

IF DATE IS NOT FIRM, IS THIS PATIENT EXPECTED TO RETURN WITHOUT RESTRICTIONS WITHIN 90 DAYS OF THIS EXAM: YES  NO

PHYSICIAN SIGNATURE/DATE: Eileen Davis

PHYSICIAN PRINTED NAME AND PHONE NO.: Eileen Davis  302 856 2254

## To be completed by WARDEN, SECURITY SUPERINTENDENT OR ADMINISTRATOR

| APPROVED TO RETURN TO FULL DUTY | DISAPPROVED TO RETURN TO WORK | BEGIN LIGHT DUTY |
|---|---|---|
| EFFECTIVE DATE OF RETURN: | REASON: | CONTINUE LIGHT DUTY |
| | | EFFECTIVE DATE: |
| NEXT RETURN TO WORK FORM DUE ON NEXT DOCTOR VISIT UNLESS NOTED HERE: | | AREA OF ASSIGNMENT: |
| APPROVING AUTHORITY SIGNATURE / DATE | | Shift: ___ Days Off: ___ |

IF PLACED ON LIGHT DUTY, RETURN TO FULL DUTY IS EXPECTED WITHIN 90 DAYS
A new Return to Work Form is due each time the employee goes to the doctor but not more than 30 days from the date of the most recent form.
Revised 9/10/02