# EXHIBIT V

**Brandewie Karen (DOC)**

---

From: Brandewie Karen (DOC)
Sent: Monday, June 20, 2005 3:31 PM
To: Bianco Vince (DOC)
Subject: RE: Performing my job.

Warden Bianco,

This letter is simply to inform you of the uncomfortable position I feel I have been placed in by certain rumors which have gone around about me. I get the impression from the actions of Sgt. Shepard, in the kitchen, and Lt. Smith that they feel I am unable to perform my job in a professional manner with out stepping over the line; therefore they have a need to hover over me during chow as they did last Friday, which I documented. I have worked for D.O.C. for almost 5 years and have never stepped over the line and I never will. I get the feeling if I talk to a level 5 inmate or go do a check in the Level 5 area the talk may continue so therefore it hinders me from performing my job without feeling like I am walking on eggshells. I never know what these other officers are going to think or even say about me. Why do I care what people think or say, because I am a professional and I perform my job to the best of my abilities. I worked too hard to get where I am at in life to have any one person come along and try to pass their assumptions off to others. I document every move I make and even which inmates I speak to and where they are and where I stand, the time the interaction takes place so I can cover myself from lies that may be going around. It is a shame that I have to perform my duties under such pressures. I carry myself as a christian and even spend time witnessing to the inmates and I will continue to do this but I wish I were not looked at in the light they have placed me in because then I would not have such a difficult time feeling comfortable working with your people; that is why I stay to myself for the most part.
Thank you so much for your time in this matter.

Respectfully,
C/O Karen Brandewie

Tracking:

| Recipient | Delivery | Read |
|---|---|---|
| Bianco Vince (DOC) | Delivered: 6/20/2005 3:31 PM | Read: 6/21/2005 10:15 AM |