# EXHIBIT W

STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS – DISCRIMINATION UNIT

Karen Atwell
6 Gordy Street
Georgetown, DE 1994

State Case No.: 04010216

vs.

State of Delaware, Department of Correction
245 McKee Road
Dover, DE 19904

FINAL DETERMINATION AND RIGHT TO SUE NOTICE

Pursuant to 19 Del. C. § 710, et seq., the parties in the above-captioned matter are hereby Noticed of the Department's Final Determination and Right to Sue Notice, as follows:

*Reasonable Cause Determination and Notice of Mandatory Conciliation.*

In this case, the Department has completed its investigation and found that there is reasonable cause to believe that an unlawful employment practice has occurred. Under the provisions of the law, the parties are now required to engage in mandatory conciliation with your investigator. Please be prepared to appear for conciliation on the following date and time January 24, 2005 at the location of 24 NW Front Street, Suite 100, Milford, DE 19963.

Your cooperation and good faith effort is anticipated. Your corresponding Delaware Right to Sue Notice will be effective one day after your compliance with the conciliation effort.

The reasonable cause finding is based primarily on the following facts:
Charging Party was subjected to a sexually hostile work environment. Given the prevalent atmosphere, Respondent's existing policy against sexual harassment is inadequate. Given the sheer number of individuals who knew about the sexually inappropriate behaviors Respondent should have known that the sexually hostile work environment existed and taken corrective measures even prior to Charging Party having to file an internal complaint. In fact, based on the information provided her peers, inmates, and other employees who did not directly work with her, were aware of and approached her about the sexual rumors and pornography. Respondent took an unreasonable amount of time in blocking access to the web site and the fact that its employees had access to such a web site is alarming. Respondent's investigation was not timely, during which Charging Party complained of additional acts. Its investigation did not conclude until weeks after Charging Party filed her complaint with this agency, and did not in a timely or in an appropriate manner discipline individuals known to have participated in and propagated the sexually hostile work environment. Charging Party's physician eventually diagnosed her with anxiety and removed her from the hostile work environment.

This Final Determination is hereby issued on behalf of the Department of Labor, Division of Industrial Affairs, Discrimination Unit. See the attached Notice of Rights.

12/30/04
Date issued

*Julie Cutler*
Julie K. Cutler, Administrator

1/26/05
Date conciliation completed

*Julie K. Cutler*
Julie K. Cutler, Administrator

Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802
DOL Form C-12RC : 10/04