IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN BRANDEWIE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 05-625-MPT |
| | : | |
| STATE OF DELAWARE | : | |
| DEPARTMENT OF CORRECTION, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

The undersigned certifies that on December 13, 2005, he caused two (2) copies of the attached **DEFENDANTS' RULE 26(a) DISCLOSURES** to be delivered to the following person in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Ronald G. Poliquin, Esquire
Young, Malmberg & Howard
30 The Green
Dover, DE 19901

**MANNER OF DELIVERY:**

_____ One true copy by facsimile transmission to each recipient

__X__ Two true copies by first class mail, postage prepaid, to each recipient

_____ Two true copies by hand delivery to each recipient

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

  /s/ Marc P. Niedzielski
Marc P. Niedzielski, I.D. #2616
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendant