IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN BRANDEWIE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 05-625-MPT |
| | : | |
| STATE OF DELAWARE | : | |
| DEPARTMENT OF CORRECTION, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

The undersigned certifies that on January 5, 2006, he caused two (2) copies of the

**Defendant's 1st Set of Interrogatories and Request for Production** to be served on the

following person in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Ronald G. Poliquin, Esquire
Young, Malmberg & Howard
30 The Green
Dover, DE 19901

**MANNER OF DELIVERY:**

_____ One true copy by facsimile transmission to each recipient

__X__ Two true copies by first class mail, postage prepaid, to each recipient

_____ Two true copies by hand delivery to each recipient

                                                         STATE OF DELAWARE
                                                         DEPARTMENT OF JUSTICE

                                                         __/s/ Marc P. Niedzielski____
                                                         Marc P. Niedzielski, I.D. #2616
                                                         Deputy Attorney General
                                                          Carvel State Office Building
                                                         820 N. French Street, 6th floor
                                                         Wilmington, DE 19801
                                                         (302) 577-8400
                                                         Attorney for Defendant