## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN BRANDEWIE, | : | |
| | : | |
| Plaintiff, | : | C.A. No.: 05-625 |
| | : | |
| v. | : | |
| | : | |
| STATE OF DELAWARE | : | JURY TRIAL DEMANDED |
| DEPARTMENT OF CORRECTION, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of March, 2006, I caused one (1) copy of Plaintiff's

First Request for Production of Documents to be served by United States Mail, postage

prepaid upon the following:

Marc P. Niedzielski
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

**YOUNG, MALMBERG & HOWARD, P.A.**


_____/s/ Ronald G. Poliquin_____
Ronald G. Poliquin
30 The Green
Dover, DE  19901
302-672-5600
*Attorney for Plaintiff*