IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN BRANDEWIE, | : | |
| | : | |
| Plaintiff, | : | C.A. No.: 05-625 |
| | : | |
| v. | : | |
| | : | |
| STATE OF DELAWARE | : | JURY TRIAL DEMANDED |
| DEPARTMENT OF CORRECTION, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of March, 2006, I caused one (1) copy of Plaintiff's First Request for Production of Documents to be served by United States Mail, postage prepaid upon the following:

Marc P. Niedzielski
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

                          YOUNG, MALMBERG & HOWARD, P.A.

                          ____/s/ Ronald G. Poliquin_____
                          Ronald G. Poliquin
                          30 The Green
                          Dover, DE 19901
                          302-672-5600
                          *Attorney for Plaintiff*