


# STATE OF DELAWARE
## DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

April 6, 2006

**PLEASE REPLY TO:**   New Castle Office – Civil Division

<u>Via Electronic Delivery</u>
The Honorable Mary Pat Thynge
U.S. District Court
844 N. King Street
Lock Box 8
Wilmington, DE  19801

RE:   <u>**Brandewie v. Department of Correction**</u>, C.A. No. 05-625-MPT

Dear Judge Thynge:

Please allow the following to serve as the joint interim status report in the above matter.

The parties are engaged in discovery. Plaintiff recently responded to defendant's written discovery and defendant is in the process of responding to plaintiff's recently filed written discovery. Parties anticipate scheduling depositions and further discovery. There do not appear to be any problems at this point.

If the Court has any questions, counsel stand ready to respond at the Court's convenience.

Very truly yours,

/s/ Marc P. Niedzielski
Marc P. Niedzielski
Deputy Attorney General

ec   Ronald Poliquin, Esquire