IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BRANDEWIE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A.No. 05-625-MPT |
| | : |
| STATE OF DELAWARE | : |
| DEPARTMENT OF CORRECTION, | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE

The undersigned certifies that on May 16, 2006, he caused a copy of the **Defendant's Responses to Plaintiff's 1st Set of Interrogatories and Request for Production** to be served electronically on the following person, with the documents produced being served by regular U.S. Mail:

**NAME AND ADDRESS OF RECIPIENT(S):**

Ronald G. Poliquin, Esquire
Young, Malmberg & Howard
30 The Green
Dover, DE 19901

　　　　　　　　　　　　　　　　　　STATE OF DELAWARE
　　　　　　　　　　　　　　　　　　DEPARTMENT OF JUSTICE

　　　　　　　　　　　　　　　　　　 /s/ Marc P. Niedzielski
　　　　　　　　　　　　　　　　　　Marc P. Niedzielski, I.D. #2616
　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　Carvel State Office Building
　　　　　　　　　　　　　　　　　　820 N. French Street, 6th floor
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　(302) 577-8400
　　　　　　　　　　　　　　　　　　Attorney for Defendant