IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BRANDEWIE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) C.A. No.: 05-625-MPT |
| | ) |
| STATE OF DELAWARE | ) |
| DEPARTMENT OF CORRECTION | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR EXTENSION OF DISCOVERY AND CASE DISPOSITIVE MOTIONS

1. Pursuant to the requirements of Rule 16.5 and as agreed to by counsel at the status conference held on June 7, 2006, the parties to the above-referenced matter hereby stipulate and agree that the deadline for the discovery period shall be extended until August 31, 2006 and the deadline for case dispositive motions shall be extended until September 15, 2006.

2. Both parties are in good faith cooperating and making progress in the discovery process and;

3. The reasons for the extension are the following:

    a) Plaintiff's counsel has a murder trial scheduled in the month of July.

    b) Due to conflicts in counsel and witness' schedule because of the summer season it would be impossible to complete all discovery prior to August 31, 2006.

4. The parties are in good faith seeking mediation.

5. The trial date is currently scheduled for January 22, 2007.

6. All remaining deadlines shall remain from the original scheduling order of November 30, 2005.

| | |
|---|---|
| /s/ Marc P. Niedzieski | /s/ Ronald G. Poliquin |
| Marc P. Niedzieski | Ronald G. Poliquin, Esquire |
| Delaware Bar I.D. No.: 2616 | Delaware Bar I.D. No.: 4447 |
| Deputy Attorney General | Young, Malmberg, Howard, P.A |
| Carvel State Building | 30 The Green |
| 820 N. French Street | Dover, DE 19901 |
| Wilmington, DE | 302-672-5600 |
| 302-577-8400 | |
| | |
| *Attorney for Defendant* | *Attorney for Plaintiff* |
| State of Delaware | Karen Brandewie |
| Department of Correction | |

AND NOW, it is hereby ORDERED that the above Stipulation is approved and entered this _____ day of _____, 2006

BY THE COURT:

_____
The Honorable Mary Pat Thynge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BRANDEWIE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) C.A. No.: 05-625-MPT |
| | ) |
| STATE OF DELAWARE | ) |
| DEPARTMENT OF CORRECTION | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT

I hereby confirm that a copy of the Stipulation for Extension of Time for the Discovery deadline has been sent to my client, Karen Brandewie on this 14th day of June, 2006 by U.S. mail.

YOUNG, MALMBERG & HOWARD, P.A.

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
Delaware Bar I.D. No.: 4447
30 The Green
Dover, DE 19901
302-672-5600