IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN BRANDEWIE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-625-GMS |
| | : | |
| STATE OF DELAWARE | : | |
| DEPARTMENT OF CORRECTION, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION

TO:  Ronald G. Poliquin, Esquire
Young, Malmberg & Howard
30 The Green
Dover, DE 19901

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Karen Brandewie on Friday, August 25, 2006 at 10:00 a.m. at Department of Correction headquarters located at 245 McKee Road, Dover, DE 19904. The depositions will be taken before a Notary Public or some other officer duly authorized by law to administer oaths. The deposition will be recorded stenographically.

/s/ Marc P. Niedzielski
Marc P. Niedzielski, I.D. #2616
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400
Attorney for Defendant

Dated: August 18, 2006
Cc: Wilcox & Fetzer

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KAREN BRANDEWIE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A.No. 05-625-GMS |
| : | |
| STATE OF DELAWARE : | |
| DEPARTMENT OF CORRECTION, : | |
| : | |
| Defendant. : | |

**CERTIFICATE OF MAILING AND/OR DELIVERY**

The undersigned certifies that on August 18, 2006, she caused the attached

Notice of Deposition to be electronically filed with the Clerk of Court using CM/ECF

which will send notification of such filing to the following:

    Ronald G. Poliquin, Esquire
    Young, Malmberg & Howard
    30 The Green
    Dover, DE 19901

                                         /s/ Marc P. Niedzielski
                                         Marc P. Niedzielski, I.D. #2616
                                         Deputy Attorney General
                                         Carvel State Office Building
                                         820 N. French Street, 6th Floor
                                         Wilmington, DE  19801
                                         (302)577-8400
                                         Attorney for Defendant