UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Karen Brandewie,  :  <br>  :  <br>  Plaintiff,  :  <br>  :  <br> vs.  :  <br>  :  <br> State of Delaware  :  <br> Department of Correction,  :  <br>  :  <br>  Defendant.  : | C.A. No. 05-625 (GMS) |

### NOTICE OF DEPOSITION

To:  Marc P. Niedzielski
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Street
Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the deposition of Richard Kearney has been scheduled for August 24, 2006 at 12:00 p.m. at Department of Correction headquarters located at 245 McKee Road, Dover, DE 19904.

**Young, Malmberg & Howard, P.A.**

 /s/ Ronald G. Poliquin
Ronald G. Poliquin
I.D. No. 4447
30 The Green
Dover, DE 19901
*Attorney for Plaintiff*

Dated: August 23, 2006
cc: Wilcox & Fetzer