## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Karen Brandewie, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-625 (GMS) |
| | : | |
| vs. | : | |
| | : | |
| State of Delaware | : | |
| Department of Correction, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF DEPOSITIONS

To:   Marc P. Niedzielski
      Deputy Attorney General
      Carvel State Office Building
      820 North French Street, 6th Street
      Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the deposition of Alvin Hudson has been scheduled for August 28, 2006 at 12:30 p.m. at Department of Correction headquarters located at 245 McKee Road, Dover, DE 19904. The deposition of Ronald Brzezicki has been scheduled for August 28, 2006 at 2:00 p.m. at Department of Correction headquarters located at 245 McKee Road, Dover, DE 19904.

Young, Malmberg & Howard, P.A.


/s/ Ronald G. Poliquin
Ronald G. Poliquin
I.D. No. 4447
30 The Green
Dover, DE 19901
*Attorney for Plaintiff*

Dated: August 23, 2006
cc: Wilcox & Fetzer