UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Karen Brandewie, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-625 (GMS) |
| | : | |
| vs. | : | |
| | : | |
| State of Delaware Department of Correction, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF MAILING

I certify that on this 23rd day of August, 2006, I caused to be served the attached Notice of Depositions to be electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following party:

Marc P. Niedzielski
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Street
Wilmington, DE 19801

Young, Malmberg & Howard, P.A.

/s/ Ronald G. Poliquin
Ronald G. Poliquin
I.D. No. 4447
30 The Green
Dover, DE 19901
*Attorney for Plaintiff*