IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN BRANDEWIE, | : | |
| | : | |
| Plaintiff, | : | C.A. No.: 05-625-MPT |
| | : | |
| v. | : | |
| | : | |
| STATE OF DELAWARE | : | |
| DEPARTMENT OF CORRECTION, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION DUCES TECUM

TO:   Ronald G. Poliquin, Esquire
Young, Malmberg & Howard
30 The Green
Dover, DE 19901

**PLEASE TAKE NOTICE** that the undersigned will stenographically record the oral deposition of Julie Warnick, LCSW on <u>Wednesday, September 6, 2006 at 3:00 p.m.</u> at the Department of Correction Administration Building, 245 McKee Road, Dover, DE 19904. The deposition will be taken before a Notary Public or some other officer duly authorized by law to administer oaths. Ms. Warnick is to produce prior to the deposition all records to include without limitation treatment notes, reports, correspondence and any other memoranda regarding the diagnosis, treatment and care of Karen Brandewie.

/s/ Marc P. Niedzielski
Marc P. Niedzielski, I.D. #2616
Deputy Attorneys General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400
Attorney for Defendant

Dated: August 31, 2006
Cc: Wilcox & Fetzer

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN BRANDEWIE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 05-625-GMS |
| | : | |
| STATE OF DELAWARE | : | |
| DEPARTMENT OF CORRECTION, | : | |
| | : | |
| Defendant. | : | |

### CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on August 31, 2006, she caused the attached Notice of Deposition Duces Tecum to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Ronald G. Poliquin, Esquire
Young, Malmberg & Howard
30 The Green
Dover, DE 19901

/s/ Marc P. Niedzielski
Marc P. Niedzielski, I.D. #2616
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8400
Attorney for Defendant