UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Karen Brandewie,                :
                                :
           Plaintiff,           :    C.A. No. 05-625 (GMS)
                                :
vs.                             :
                                :
State of Delaware               :
Department of Correction,       :
                                :
           Defendant.           :

## NOTICE OF DEPOSITION

To:   Marc P. Niedzielski
      Deputy Attorney General
      Carvel State Office Building
      820 North French Street, 6th Street
      Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the deposition of James Henry has been scheduled for September 6, 2006 at 2:00 p.m. at Department of Correction headquarters located at 245 McKee Road, Dover, DE 19904.

                                   **Young, Malmberg & Howard, P.A.**


                                    /s/ Ronald G. Poliquin
                                   Ronald G. Poliquin
                                   I.D. No. 4447
                                   30 The Green
                                   Dover, DE 19901
                                   *Attorney for Plaintiff*

Dated: August 31, 2006
cc: Wilcox & Fetzer