IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN BRANDEWIE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-625-MPT |
| | : | |
| STATE OF DELAWARE | : | |
| DEPARTMENT OF CORRECTION, | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant hereby moves this Court pursuant to Rule 56 for an order entering summary judgment in its favor and against the plaintiff, for the reasons set forth its briefs.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Ralph K. Durstein, III (#912)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8324
Attorneys for Defendant

DATED: September 15, 2006

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KAREN BRANDEWIE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-625-MPT |
| | : | |
| STATE OF DELAWARE | : | |
| DEPARTMENT OF CORRECTION, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

**IT IS SO ORDERED This \_\_\_\_\_ day of _____, 2006**

    that the defendant's motion for summary judgment is GRANTED and JUDGMENT is entered in its favor and against the plaintiff.

_____
U.S. Magistrate Judge

**CERTIFICATE OF SERVICE**

  I certify that on September 15, 2006, I served electronically the attached Defendant's Motion for Summary Judgment on the following:

Ronald G. Poliquin, Esquire
Young, Malmberg & Howard
30 The Green
Dover, DE 19901
rpoliquin@youngmalmberg.com

            /s/ Marc P. Niedzielski
            Marc P. Niedzielski (#2616)
            Deputy Attorney General
            820 N. French Street, 6th Floor
            Wilmington, DE 19801
            marc.niedzielski@state.de.us