

M. JANE BRADY
ATTORNEY GENERAL

**STATE OF DELAWARE**
DEPARTMENT OF JUSTICE

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-4698 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

September 27, 2005

PLEASE REPLY TO :   New Castle Office – Civil Division

Ronald G. Poliquin, Esquire
Young, Malmberg & Howard
30 The Green
Dover, DE 19901

RE: **Brandewie v. State of Delaware, Department of Correction**
   C.A. No. 05-625

Dear Mr. Poliquin:

I have been authorized to offer your client, Karen Brandewie, a position at her present pay grade seven (PG 7) at any Department of Correction facility in which there is an opening. She is free to choose a non-correctional officer position, but those positions may not be eligible for hazardous duty pay, may be 37.5 hours per work week as opposed to her present 40 hours and may not eligible for Selective Market Variation.

This offer in unconditional and does not require she compromise or otherwise settle the pending lawsuit. Please let me know of your client's decision at the earliest opportunity.

Very truly yours,

Marc P. Niedzielski
Deputy Attorney General

Cc:   Alan Machtinger

DEPOSITION EXHIBIT
Brandewie 3
7/25/06