Law Offices of
# YOUNG, MALMBERG & HOWARD, P.A.
Professional Association
30 The Green
Dover, Delaware 19901
www.youngmalmberg.com

Kenneth J. Young
Constantine F. Malmberg, III
Kevin M. Howard
Ronald G. Poliquin

Phone: (302) 672-5600

Fax: (302) 674-0549

November 7, 2005

Marc P. Niedzielski, DAG
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

Re:  Karen Brandewie v. DE/DOC/SCI
     Charge Number 17C-2004-00209C

Dear Mr. Niedzielski:

    Ms. Brandewie has conveyed to me that she may wish to choose a position at her present pay grade seven (PG 7) at a Department of Correction facility in which there is an opening as offered in your September 27, 2005 letter.

    Please forward to me any current openings that qualify for this offer. As stated previously, this offer does not require that she compromise or otherwise settle the pending lawsuit.

    I look forward to hearing from you soon.

Very truly yours,

Ronald G. Poliquin, Esquire
RGP/jag
cc: Karen Brandewie
Enclosure


DEPOSITION EXHIBIT 4