

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
## HUMAN RESOURCES
245 McKEE ROAD, DOVER, DELAWARE 19904
Telephone: (302) 739-5601    Fax: (302) 739-6740

## MEMORANDUM

**To:**   Marc Niedzielski, Deputy Attorney General

**From:** Alan Machtinger, Director
          Human Resources & Development

**Date:** November 28, 2005

**Re:**   Brandewie v State of DE/DOC/SCI
          Case No.: 0401216/17CA400209

    This is in response to the November 7 letter from Ronald Poliquin, attorney for Karen Brandewie, inquiring about vacant paygrade 7 positions. We have many vacant Correctional Officer positions and several non-security vacancies. Correctional Officer positions are the only paygrade 7 vacancies that offer the same hourly rate, hazardous duty pay and 40 hour work week that Ms. Brandewie currently enjoys.

    Correctional Officer openings currently exist at the Delaware Correctional Center in Smyrna, Sussex Correctional Institution and the Sussex Violation of Parole Center in Georgetown, Webb Correctional Facility, Baylor Women's Prison and the New Castle County Women's Work Release Center in New Castle, and the Howard R. Young Correctional Institution in Wilmington.

    There are several vacant non-Correctional Officer positions at paygrade 7. However, because these positions are not on the Selective Market payscale that Correctional Officers are, the hourly rate is somewhat less than security positions. In addition, weekly work hours are set at 37.5 and not 40 hours. Hazardous duty pay is also paid at a lower rate.

    Available paygrade 7 non-security positions are Correctional Records Clerk and Administrative Specialist I. Clerks are needed at DCC, HRYCI, Sussex Work Release, Kent Work Release and at the SCI Boot Camp. Administrative Specialists are needed at Baylor, Central VOP and at the Wilmington Probation and Parole office.

    If you have any questions, I may be reached at (302) 739-5601.

