**DECLARTION OF JOHN SMART**

I, John Smart, do hereby state under the penalty of perjury pursuant to 28 U.S.C. § 1746 that I am the Human Resources Specialist with the Department of Correction and based on the documents in Karen Brandewie's personnel file and from my own personal knowledge declare the following to be true:

On November 30, 2000, plaintiff then known as Karen Atwell began Correctional Officer Training Academy as a Cadet with the Delaware Department of Correction.  On January 27, 2001, plaintiff successfully completed training and was sworn in as a Correctional Officer and was transferred to the Delaware Correctional Center ["DCC"] at Smyrna, Delaware.

On November 24, 2002, plaintiff requested and was selected for transfer to the Sussex Correctional Institute ["SCI"] in Georgetown, Delaware.

On July 20, 2003, plaintiff began sick leave under the FMLA for her daughter's mood disorder and returned to work at SCI on August 5, 2003.

On January 11, 2004, plaintiff began a period of leave for what her healthcare provider called anxiety-post traumatic stress disorder.

On February 25, 2004, plaintiff sent Human Resources of the Department a letter from her therapist diagnosing plaintiff as suffering from anxiety due to hostile work environment and recommending she temporary work at another Department location.

On February 26, 2004, plaintiff was assigned with her consent to the Employee Development Center ["EDC"] which is a non-custodial training and administration facility in Dover where she performed light duty clerical work.

On March 1, 2004, plaintiff returned to work from leave at the EDC.

On September 20, 2004, plaintiff was transferred, again at her therapist recommendation, to a half-way house facility called the Morris Correctional Center ["MCC"] in Dover as a Correctional Officer.

On August 5, 2005, took medical leave for surgery.

On September 22, 2005, plaintiff retuned to work from medical leave at MCC where she remains to today.

<u>/s/ John Smart</u>
john.smart
Department of Correction