JAN-21 05 08:07 FROM:                    3028565072            TO:302 577 5866              PAGE:05



**Delaware Department of Correction**
**Bureau of Prisons**
**Sussex Correctional Institution**
RT 1, Box 500
Georgetown, DE 19947

February 23, 2003

Officer, Leonard Whitman

    This letter is in no way being issued to you as disciplinary nor counseling, it is simply to remind you to pay close attention to the department policy and procedure on the use of state computers when it comes to communications on them. Per discussion with the Warden and Deputy Warden I was directed to inform you that the computer communication programs should only be used for official state business.

Lt. Gerald M. Cordrey Jr.

By signing below I C/O Leonard Whitman acknowledge the receipt of this letter, and that a copy has been placed in my lieutenants file.

C/O Leonard Whitman - Date   02/22/03

D02653