

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

TELEPHONE: (302) 856-5280

November 6, 2003

TO:     Alan Machtinger

FROM:   Warden Kearney  *R. Kearney*

RE:     Officer Karen Atwell's Complaint

---

On Monday, November 3, 2003, I received a complaint from Officer Karen Atwell via e-mail. A copy of the complaint is attached and is self-explanatory. Subsequent to our conversation on Monday afternoon, I scheduled a meeting with Officer Atwell for Thursday, November 6, 2003, at 9:00 a.m. Present at the meeting were Officer Atwell, COAD Representative John Ryan, Helen Lowman and myself.

I informed Officer Atwell that the Department of Correction was taking her complaint very seriously and that it was my intention to determine the origin of the rumors and take appropriate action against participating individuals. To this end I asked Officer Atwell to tell me everything she had heard. She stated that Officer James Henry informed her that guys were looking up pornographic web sites and found one with a woman that resembled her. The Officers were saying it was her site. This occurred approximately five months ago. She chose to ignore it and figured it would go away after a short time. Henry told her the rumors began in the Multi-Security Building. Officer Atwell stated that over the next few months several officers approached her about the rumors but she did not take any action because she felt it was just guys being guys and it would go away.

On November 2, 2003 Officer Atwell was informed by Officer Ronald Brzezicki that his wife (who works at Georgetown Probation and Parole) had told him that there was an Officer Atwell at SCI that had a pornographic web site. On the same date Officer Alvin Hudson told Atwell that an inmate had told him about the rumor. Also, inmate Brian Jones who was housed on D Quad in the Key Building had told her that inmates were talking about her and the rumor at Chapel services. The fact that the rumor was out of control and known by inmates and people outside of the facility prompted her to file the complaint. She fears that her reputation is being attacked here and in the community.

D00001

I told Officer Atwell that it was my intention to use Internal Affairs and M.I.S. to identify the source of the rumor and those propagating it. She asked how long the investigation would take and I told her that I didn't know. I told her I would make it a priority. She stated that she wanted to keep her attorney informed. At that point John Ryan informed me of the Department's vicarious liability supported by numerous case law findings. I told them that the Department viewed this complaint seriously and would make every effort to determine the perpetrators and take appropriate action.

By copy of this memorandum, I am requesting that Internal Affairs and M.I.S. conduct an investigation into the complaint in an effort to identify and sanction those responsible for originating and propagating these rumors.

xc:   Bureau Chief Paul Howard
      Jim Lupinetti
      Ed Zobawski
      File

000002

Kearney Richard (DOC)

From: Atwell Karen (DOC)
Sent: Sunday, November 02, 2003 6:54 PM
To: Kearney Richard (DOC)
Cc: Deloy Mike (DOC)

Warden Kearney,

Some time back it was brought to my attention from another officer here that the guys in MSB were looking at porn sites. They found one that read white married female looking for black male with big dick. From what I have been told this woman does not look like me but they began showing others that came in the building to work and told them that it was me. I thought I put an end to this rumor; however, yesterday an inmate brought to my attention the fact that officers have been talking with inmates concerning this matter, telling them I am on a porn site. Inmates have also been telling other officers what they had been told. Upon arriving to work in the Key Building tonight I spoke with another officer that was informing me that his wife who works for P&P was telling him that she heard that a female officer named Atwell was on a porn site and that her husband was arrested for molesting her daughter. She told him where the site was and he informed me. Sir, this is supposed to be a professional institute where staff supports staff but my character has been destroyed and continues to be destroyed each day. This particular rumor has reached both P&P offices , VOP, and Work Release. I do not understand the mentality of the men who work here. I have never done anything to any one and I certainly do not get involved with helping rumors spread. It is one thing to joke with people; however, it has gone to a completely different level. This type of rumor could place me in a more dangerous position with the inmates as they begin to see me differently. As you know I am still in the process of becoming a Law Enforcement Officer and pride myself in my work and in the way I carry myself. The rumor has gone beyond the institution and I seem to be the talk of the town. I did speak with Deputy Warden Deloy about an incident that happened some time back and at that point stated I was not going to allow anyone to spread lies about me and destroy my chances of gaining my dreams and life long ambitions. I think it is a shame that I receive more respect from the inmates than I do the other officers. As you all are aware I already have enough to deal with than to have to deal with the immaturity level of the officers hired by the Department Of Corrections. I have spoken with someone concerning  the legal aspects of this matter and am ready to take what ever steps necessary to put a stop to this foolishness and childish behavior, including suing the state for sexual harassment and defamation of character. Sir, I would very much appreciate a meeting with you  before I go any further with this matter.
Very Respectfully,
C/O Karen Lynn Atwell

B000003

wife4blkck's Yahoo! Profile                              Page 1 of 2



My Profiles - Acct Info - Help



Yahoo! Pers
Discover great singl

### wife4blkck's profile

Search: Members by Interest for [ ]

**Profile Stats**
Last Updated: 04/10/2003

**My Email**
wife4blkck@yahoo.com

**On Yahoo!**
Add to friend list
Messenger

**Basics**
Yahoo ID: wife4blkck
Real Name:
Location: GA
Age: 37
Marital Status: Married But Looking
Gender: No Answer
Occupation:

Send me a message

**More About Me**
Latest News: looking for hung black man to fullfill fantasy

**Links**                Create your own home page at GeoCities!
Home Page: *No home page specified*
Cool Link: *No cool link specified*

For quick access to this page, bookmark: http://profiles.yahoo.com/wife4blkck
Find anyone's phone number or email address with Yahoo! People Search

Sponsor Links                                            ADVE

D00004

http://profiles.yahoo.com/wife4blkck                     7/20/03

Page 1 of 1



D00005

http://us.f1.yahoofs.com/users/e3f8be87/bc/Yahoo!+Photo+Album/red28.jpg?pf05OG_A_OR:. 7/20/03

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974

ENTER CHARGE NUMBER
☐ FEPA 0401216
☐ EEOC 17CA400209

Delaware Department of Labor
(State, or local Agency, if any) and EEOC

| Field | Value |
|---|---|
| NAME (Indicate Mr., Mrs., Ms) | Ms. Karen Atwell |
| HOME TELEPHONE NO. (Include Area Code) | (302) 855-9510 |
| STREET ADDRESS | 6 Gordy Street |
| CITY, STATE AND ZIP CODE | Georgetown, DE 19947 |
| COUNTY | Sussex |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)

NAME: State of Delaware Department of Corrections/S.C.I.
NO. OF EMPLOYEES OR MEMBERS: 100+
TELEPHONE NUMBER (Incl. Area Code): (302) 739-5601
STREET ADDRESS: 245 McKee Road, Dover, DE 19904

☒ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☐ AGE
☐ RETALIATION ☐ DISABILITY ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 03/2003
LATEST 01/6/2004
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s):

I. I am a female individual who has been employed by Respondent since November 2000. I am still employed as a Correctional Officer in Georgetown, Delaware at Sussex Correctional Institute. I have been subjected to a hostile work environment based on my sex and my alleged association with black men.

II. Correctional Officer Leonard Whitman (white) made statements about an alleged relationship(s) I had with black men. He was upset because I would not have sex with him. Approximately 1 month later, there were rumors that I was on a pornographic website seeking a black man. I spoke to Deputy Warden Mike Deloy (white) about the rumors regarding Mr. Whitman's e-mails. I was told that he would address it but he has not updated me about the matter. I discussed the pornographic pictures with Warden Richard Kearny who called Internal Affairs. I was told that it would be investigated but nothing else has been done.

III. I believe that I Respondent is in violation of Title VII of the Civil Rights Act of 1964, as amended, and the state of Delaware's Discrimination in Employment Act, as amended, for continuing to allow me to work in a hostile work environment based on my sex and my alleged association with black men. I have not been able to perform my job duties as a reasonable person. Pornographic pictures are being circulated throughout the prison, both probation and parole offices, work release and the violation of probation showing a white female looking for a black man. It is rumored that the woman in the pictures is me. The rumors began after a conversation with Correctional Officer Leonard Whitman who questioned me about having sex with black men. He was upset because I did not accept his advances towards me. I reported the incidents to supervision but nothing was ever done to my knowledge. I am still employed with Respondent and continue to be subjected to a hostile work environment.

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 1.6.04
Charging Party (Signature): Karen F. Atwell

NOTARY - (When necessary to meet State and Local Requirements)

000006

EEOC FORM 5   PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED

INTERNAL AFFAIRS UNIT

M E M O R A N D U M

TO:       James J. Lupinetti, Director
          Internal Affairs Unit

FROM:     Steven E. Rogers, Investigator
          Internal Affairs Unit
          Michael Tigue, Investigator
          Internal Affairs Unit

DATE:     Jan 25th, 2004

SUBJECT:  CASE# 03-043

*****************************************************************

Complaint:

On Sunday, November 02, 2003 an E-Mail was sent to Warden Kearney of SCI from Karen Atwell. The complaint alleges that Correction Officers in the MSB building where she often works had been looking at a Web Site described as pornography and had been spreading rumors that she was the person on the site and that it was her Web site. The web site was derogatory in nature and depicted a white female in search of a Black Male. SEE ATTACHED COPY. Karen Atwell was concerned that the rumor was spreading through the Criminal Justice system including Probation and Parole Offices. This rumor was undermining her authority and effecting how the inmates were viewing her as an Officer. She was also concerned at how the other Officers were treating her through the institution.

Action Taken:

On November the 18th, 2003 an interview was conducted with Officer Karen Atwell in the company of Union Representative John Ryan of COAD. Officer Atwell indicated that she did not have a Web site and had not viewed the Web site in question. This had been going on since July of 2003. Officer Jim Henry informed Officer Atwell of what the Officers were saying about her having a Web site. James Henry also advised Atwell that the picture did not look like Karen Atwell anyway.

1

D00021

People would say remarks in passing about the female on the web site where a female was lying naked and playing with herself. She was at the Key when Officer Brzezicki asked to talk to her. He informed her what Officers were saying that his wife who worked at Probation and Parole came to him saying that Officer Atwell had a porn site, and that her Character was being damaged. That she had applications in with the Delaware State Police and Wilmington Police and her Character was in question. Officer Karen Atwell also said she was under observation due to the arrest of her husband for molesting her daughter. That custody of her daughter was being looked at. Inmates were also bringing the rumor to her attention as well. They had been listening to Officer's conversations. Officer Atwell indicated her estimation was that at least ten individuals have questioned her concerning this rumor.

On 12/01/03 Officer James Henry was interviewed and gave the following statements concerning the issue.
Back in 2002 around December he had viewed a piece of paper with her picture on it, which it had been laying out in the guard post 7 on a desk and informed her that she should be aware of this. He did not remember who was present at the time or who had printed it. There were Officers present in the room but he could not remember who they were due to the time span. There was laughter when viewing the picture and he said it had a striking likeness to Karen Atwell. He left the room and about a week later he told Officer Atwell. The picture was still in the area when he left as far as he knew. When he told Officer Karen Atwell about the picture Officer Atwell commented: Well did she at least look good: Several months passed when in November Karen Atwell called him and they had a conversation over the picture. Karen said the picture had been all over the place SVOP, Probation and Parole, Pretrial, etc. She intended to report this and that he might be called to I/A for an interview. He could not provide any information as to who generated the photo or accessed the computer. Karen indicated to him that it was causing her stress. She commented to him that it was not she. Officer Henry identified a photo taken off the web site and indicated it was the same Picture. He also said he saw nothing to indicate it effected her job performance or emotions. He indicated that he had not seen the picture since the first time in December 2002. Officer Henry had access to the computer in MSB building.

Officer Henry said it was relayed by the Lieutenants that this action was in violation of Department Policy concerning the printing and viewing this type of Web site or leaving pictures for Officer's to view.

2

000022

On December 1st, 2003 Officer Alvin Hudson was interviewed and gave the following statement. Union Representation was waived. He had a conversation with Officer Karen Atwell in the Key building about an inmate that had come to him and said something about Officer Atwell being on a the Web Site. He had viewed the picture, but not in the Key building or Max, some other building. He thought it was in pretrial. Someone showed it to him but he did not recall whom that person was. He ID'D the photo as being the one he saw. Maybe it was back in August of 2003. Officer Atwell relieved him in pretrial and said she appeared to be upset because she had learned that the rumor was being circulated at Probation and Parole. He had never seen a picture that was not on a computer. The computer in Pretrial prints only in the Watch Commander's Office. He could not recall who brought it to his attention.

On December 2nd, 2003 Mike Shockley was interviewed concerning this incident. Union Representation was waived. He had had a conversation with Officer Atwell concerning this incident. He had not seen the computer print out and had only heard the rumors. He was just passing on the information of what he was hearing. He had no knowledge of where it originated. He had only heard gossip about the Web Site. He knew of Officer Karen Atwell telling him that since she had made her complaint to the Warden the Web site picture had changed and now the rumor was that she was told to remove it or she would be fire, when in fact this was not true. This occurred sometime after the 21st of November. Mike Shockley also had knowledge of a previous incident about being asked out by another employee through E-Mail. This matter was handled in house and Officer Atwell was satisfied with the results. He was also aware of the signed agreement with MIS concerning the use of State Computers.

On December 2nd 2003 Officer Ronald Brzezicki was interviewed concerning this incident. Union representative was waived. He was informed at SCI approximately two (2) months ago and contacted Officer Karen Atwell about rumors he had heard from the front lobby at SCI. Officer Donna Short had told him about the rumors and the change in the Web site. The rumor at this time was that Officer Atwell had changed the site only showing a portion of her body and the use of a sex toy but no face was visible. Officer Brzezicki indicated that he was talking to his wife Christina at Probation and Parole and she was talking about the resignation of Officer Atwell's husband from the Georgetown Police Department when he heard the rumors about Officer Atwell on the Website came into the conversation.

Officer Brzezicki indicated he was curious and accessed the Web site from home. He had gotten the site address from Officer Donna Short. He had viewed a photograph, which was identified as the second photo. That Karen complained to him about the problems she was having and he referred her to the Warden's Office.
He said he had not seen anything inside the Institution with no knowledge of how it started. His first knowledge of the incident was approximately 60 days prior to the interview.

Ed Zabowski of MIS was contacted and questioned concerning his capability of determining who had accessed the site and from what computer. He indicated that they did not have that capability at this time. There was no password or ID required to access the Internet.

On December 2nd 2003 I contacted a Colleen Gause of DTI who had the ability to block the Web Site from the State Server. Shortly after the contact the site was blocked by use of a firewall system. Then I rechecked the site and State Computers blocked it from further use.

Shortly after this I spoke to Officer Karen Atwell over the phone and advised her of the progress and the blocking of the site in attempt to prevent access. She informed me that she didn't think things were progressing and was not happy with the investigation. She was also afraid the site had been loaded on a disk and brought from home.

CONCLUSION:

In conclusion it appears that a Yahoo Personal Web Site was accessed through the State Computer MSB Building at SCI. A photo was displayed with a profile as well as the picture of a white female in a sexual position. SEE ATTACHED PICTURES, the date this was passed on to Internal Affairs was November 2003 and the picture shows it was printed on July 20, 2003.

Persons interviewed said that the picture was on the computer in MSB building and some persons where present when someone said it appeared to be Officer Karen Atwell on the Web site. The rumor started and was passed through gossip to other locations throughout the institution, as well as Probation and Parole. No evidence has been located that would indicate who was responsible for accessing the site and through what specific computer. The rumor was propagated through word of mouth and nothing has been seen posted in the institution, although a picture was observed lying on the desk in the MSB building. This gossip was circulated through SCI and was being heard by other Officers.

4

000024

concerned that the rumors did not go away or die away without having to lodge a complaint.

Lieutenants advised officers of the Department Policy concerning the Internet and photos being printed. Officer Atwell denied having seen the photos or accessing the Web site in any way. She also complained that its was attacking her character and due to the timing she had open applications with DSP and Wilmington Police Department where character investigations were evidently coming. Also her character could be in question concerning custody of her child. She also was very concerned it was undermining her authority with inmates and security.

Officer Atwell made a complaint to the Warden and for some reason shortly after this the WEB Site picture changed to a more dramatic picture, sexual in nature but eliminated the face for identification. SEE ATTACHED PICTURE. This only served to fuel the rumors, which were already in place and appear to be a coincidence.

Officers or others eventually blocked the site through the State Server in attempt to stop its use through the use of a State Computer.

CASE PENDING: