Interracial sex Amateurs: Black Men & White Women, now archiving over 8,000 select pics, galleries updated daily

Online Vids, Stories, Live Webcams, amateur pic posts, women searching for black men,

gloryhole sex and more

BLACK-and-WHITE

Interracial Sex Central

Adults Only - XXX hardcore inside

**MINORS NOT ALLOWED**

click here, kids!

Latest Update

Friday, December 12 0015 PT

cum

Ready to cum?

enter

---

**Parents - please monitor your children's internet use.**

We Rated With RSACi

We rated with RSACi

This website is also registered with Surfwatch and Netnanny

---

Original content, page design, programming, and arrangement copyrighted © 1999-2001 by Wild Wild Web, Inc

---

Swingers BLACK-and-WHITE



# BLACK-and-WHITE
## Interracial Sex Central

# North Carolina, Southeast

Contact: Wife4blkck
Email: wife4blkck@hotmail.com

Married couple early 30's seeking black male, well built for wifes first interracial experience. Interested in possibly threesome or husband can watch. Husband is str8. Wife enjoys foreplay, is excellent at giving head and can't wait to wrap her lips around a black cock. Just looking for hot fun!!!




Back to SWINGERS Index

---

Original Content, Page design and arrangement copyrighted © 1997- 1999 by Wild Wild Web, Inc.