# EXHIBIT B

- 4 -

## Grading Criteria Instructions:

Students should be evaluated in accordance with the expectations of a newly hired entry level worker.

In each evaluation category, the evaluating supervisor, using the aforementioned criteria, will place a numerical grade in the appropriate block.

```
92 - 100        = A (Outstanding)
83 - 91         = B (Good)
75 - 82         = C (Satisfactory)
74 and Below    = R (Unsatisfactory)
```

Please Note: Evaluating supervisors are encouraged to give additional comments which may be beneficial in determining the student's final grade.

|  |  | Outstanding | Good | Satisfactory | Unsatisfactory |
|---|---|---|---|---|---|
| 1. | Overall quality of work | (100) A |  |  |  |
| 2. | Ability to establish effective relationships with clients | (100) A |  |  |  |
| 3. | Ability to work as a team member | (100) A |  |  |  |
| 4. | Ability to work independently | (100) A |  |  |  |
| 5. | Ability to communicate:<br>a. verbally<br>b. non-verbally<br>c. in writing | A<br><br>(100) |  |  |  |
| 6. | Accurate record keeping | A (100) |  |  |  |
| 7. | Ability to benefit from supervision | A (100) |  |  |  |
| 8. | Flexibility | A (100) |  |  |  |
| 9. | Attendance | A (100) |  |  |  |
| 10. | Punctuality | A (100) |  |  |  |

- 5 -

Additional comments regarding student's strengths and weaknesses: _____

Ms Brandewie excells in all aspects of an individual duties as a Correctional Officer.

Would you recommend this student for employment? Comments: _____

Yes, she is a pleasure to work with. Ms. Brandewie has outstanding attendance, very punctual, works well individually as well as part of team.

Point Total = 1000

Overall Grade = A

_____     07/02/01
Sgt John L. Endres
Supervisor's Signature      (Date)