**Atwell Karen (DOC)**

---

**From:** Atwell Karen (DOC)
**To:** Atwell Karen (DOC)
**Sent:** Saturday, February 28, 2004 11:32 AM
**Subject:** Not read:

Your message

  **To:** Kearney Richard (DOC)
  **Cc:** Deloy Mike (DOC)
  **Subject:**
  **Sent:** 2/23/04 5:55 PM

was deleted without being read on 2/28/04 11:32 AM.

1

**Ryan John K (DOC)**

| | |
|---|---|
| **From:** | Atwell Karen (DOC) |
| **To:** | Ryan John K (DOC) |
| **Cc:** | |
| **Subject:** | FW: |
| **Attachments:** | |

**Sent:** Wed 2/25/2004 2:26 PM

-----Original Message-----
**From:** Atwell Karen (DOC)
**Sent:** Mon 2/23/2004 5:55 PM
**To:** Kearney Richard (DOC)
**Cc:** Deloy Mike (DOC)
**Subject:**

Warden Kearney,

This e-mail is concerning our conversation on 2-20-04 @ approximately 0900. I informed you that I had received a call from Rick VanHeckle, who was asked by Lt. Derrick West to call me and let me know that he over heard some officers talking about another officer who supposedly came to my house to visit with me and when he walked into the living room he saw an ex-inmate sitting on my couch. I asked Lt. West who he heard talking, I want names so I can figure out who started the rumor. Lt. West refused to give me the names. I did inform Lt. West that my attorney would be notified that the harassment still continues even though I have been away from the prison for six weeks. You had informed me that you were going to do your own investigation, call Lt. Derrick West into your office to get names and you would try to get to the person who started this rumor. Sir, I do not entertain ex-inmates in my home and do not appreciate the rumors stating that I do. You know as well as I do that I could and would lose my job for such actions. I do my best to follow all institutional rules and conduct myself with pride as to keep my job so I can support my children and continue to go for my dream of being a Law Enforcement Officer. A copy of this letter will be given to my attorney.

Thank you for your help in this matter,
C/O Karen Atwell