# EXHIBIT E

- 4 -

Grading Criteria Instructions:

Students should be evaluated in accordance with the expectations of a newly hired entry level worker.

In each evaluation category, the evaluating supervisor, using the aforementioned criteria, will place a numerical grade in the appropriate block.

    92 - 100      = A (Outstanding)
    83 - 91       = B (Good)
    75 - 82       = C (Satisfactory)
    74 and Below  = R (Unsatisfactory)

Please Note: Evaluating supervisors are encouraged to give additional comments which may be beneficial in determining the student's final grade.

| | | Outstanding | Good | Satisfactory | Unsatisfactory |
|---|---|---|---|---|---|
| 1. | Overall quality of work | 92 | | | STILL HAS MUCH TO LEARN, HOWEVER IS VERY CONSCIOUS OF JOB PERFORMANCE |
| 2. | Ability to establish effective relationships with clients | | 83 | | HAS NOT BEEN CONFRONTED WITH ALL LEVELS OF UNEXPECTED NEGATIVE BEHAVIOR FROM INMATES |
| 3. | Ability to work as a team member | 92 | | | CONTRIBUTES TO OPERATIONS OF SHIFT AND STAFF. |
| 4. | Ability to work independently | | 87 | | 8 MONTHS WITH DEPT. STILL LEARNING THE POSITION |
| 5. | Ability to communicate:<br>a. verbally<br>b. non-verbally<br>c. in writing | 92 | | | CLEAR, CONCISE, REPORTS ARE LEGIBLE, FACTUAL |
| 6. | Accurate record keeping | N/A | | | |
| 7. | Ability to benefit from supervision | 95 | | | SEEKS GUIDANCE FROM SUPERVISORS, WILLING TO LISTEN AND LEARN |
| 8. | Flexibility | 92 | | | |
| 9. | Attendance | 100 | | | PERFECT ATTENDANCE TO DATE |
| 10. | Punctuality | 100 | | | ALWAYS ½ - 1 HR EARLY |

- 5 -

Additional comments regarding student's strengths and weaknesses: _____

OFFICER BRANDEWIE'S STRENGTHS ARE THE WILLINGNESS TO ASK QUESTIONS, TO LEARN AND EFFECTIVELY LISTEN. SHE MAKES SUGGESTIONS FOR IMPROVEMENT TO OPERATIONS. ONLY WEAKNESS IS THAT SHE HAS NOT EXPERIENCED A TOTAL UPRISING OF WHICH THERE IS ALWAYS POTENTIAL.

Would you recommend this student for employment? Comments: _____

I WOULD HIGHLY RECOMMEND C/O BRANDEWIE TO BE HIRED IN A POSITION/JOB THAT SHE SEEKS. SHE IS AN ASSET TO THE DEPARTMENT OF CORRECTIONS.

Point Total = 833

Overall Grade = 92.5

Capt. Joseph Balenger

Cpt. [signature] _____  7/25/01
Supervisor's Signature          (Date)