# EXHIBIT F

- 4 -

## Grading Criteria Instructions:

Students should be evaluated in accordance with the expectations of a newly hired entry level worker.

In each evaluation category, the evaluating supervisor, using the aforementioned criteria, will place a numerical grade in the appropriate block.

| | |
|---|---|
| 92 - 100 | = A (Outstanding) |
| 83 - 91 | = B (Good) |
| 75 - 82 | = C (Satisfactory) |
| 74 and Below | = R (Unsatisfactory) |

Please Note: Evaluating supervisors are encouraged to give additional comments which may be beneficial in determining the student's final grade.

| | | Outstanding | Good | Satisfactory | Unsatisfactory |
|---|---|---|---|---|---|
| 1. | Overall quality of work | 95 | | | |
| 2. | Ability to establish effective relationships with clients | 92 | | | |
| 3. | Ability to work as a team member | 95 | | | |
| 4. | Ability to work independently | 92 | | | |
| 5. | Ability to communicate:<br>a. verbally<br>b. non-verbally<br>c. in writing | A 95<br>B 90<br>C 95 | | | |
| 6. | Accurate record keeping | 92 | | | |
| 7. | Ability to benefit from supervision | 92 | | | |
| 8. | Flexibility | 90 | | | |
| 9. | Attendance | 95 | | | |
| 10. | Punctuality | 100 | | | |

- 5 -

Additional comments regarding student's strengths and weaknesses: _____

_____ See Attached _____

_____

_____

Would you recommend this student for employment? Comments: _____

_____

_____

_____

Point Total = _____

Overall Grade = _____

x _Sgt George A Coventry_      _7/31/01_
   Supervisor's Signature              (Date)

July 31, 07

When I first saw Officer Brandewie I could not Believe that the department would hire her to work at a male Correctional facility due to her size. After having the chance to work with her I found that she is a very good officer and more than made up for her stature due to her professionalism and the way she carries herself. C/O Brandewie is allways early for work and jumps right in to do paperwork and other Tasks to start running which ever unit she is assigned to. I am always glad to see her assigned to any unit that I work for I know that I will not have to babysit her as I have to due with many others. I have been with the department for 21 years and rarely do I see a female officer of her caliber

I would recommend her for employment at any job that she chose for she gives 100% when working with in any unit I am in charge of

Sgt. Coventry

Sgt George A Coventry
SGT George A Coventry
PH# 302-697-6265