# EXHIBIT G

```
     To:   Karen Atwell@Admin@SCI
   From:   Leonard Whitman@Admin@SCI
     Cc:
 Subject:
Attachment:
   Date:   2/5/03 2:36 PM
```

i heard just before or during your marriage that you were sleeping with this black guy and when you told this guy you would leave your husband to live with this guy that he said he didnt want a relationship he just wanted to have sex with you and you got mad and slapped him. then i heard you were caught in a vehicle with this same black guy or some other black guy. but anyway they told me the reason you wouldnt do anything with me or anyone else around here was because you liked black guys and not white guys even though you are married to one NOW