# EXHIBIT I



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE  19947

TELEPHONE: (302) 856-5280

March 26, 2003

TO:       C/O K. Atwell

FROM:    Warden Kearney  R.K.

RE:       Letter of Appreciation

---

I would like to take this opportunity to express my appreciation for the extra effort and dedication you showed during the State of Emergency on February 16 and 17, 2003. You went the distance and kept things running smoothly at SCI during the snow storm.

Again, thank you for a job well done.


xc:   Lt. Payne
      File

*I worked 24 hrs. Straight.*

# EXHIBIT J

*Key South  
- Please Post -*



STATE OF DELAWARE  
DEPARTMENT OF CORRECTION  
245 McKee Road  
Dover, Delaware 19904

RECEIVED  
APR 2 2 2003  
SCI WARDEN'S OFFICE

Stan Taylor  
Commissioner

(302) 739-5601  
Fax: (302) 739-8221  
E-Mail: sttaylor@state.de.us

## MEMORANDUM

TO:   Bureau Chiefs  
      Wardens  
      Section Administrators  
      Managers

FROM: Stan Taylor  
      Commissioner

DATE: April 8, 2003

REF:  State Policy on Sexual Harassment

Recently, Governor Ruth Ann Minner signed the State of Delaware's policy on Sexual Harassment Prevention. I'm asking each of you to review and post this policy in a highly visible area. I'm also re-issuing our Department of Correction's recently updated, Sexual Harassment and Complaint Procedure.

It is very important for our employees to know they do not have to tolerate behavior of this nature. It is equally important for them to know how to address such behavior. The Department of Correction stands firm in eliminating all forms of sexual harassment.

Thank you for addressing this very important issue.

cc:   Carl Danberg, Deputy Principal Assistant  
      Alan Machtinger, Director, Human Resources & Development

| POLICY OF | POLICY NUMBER | PAGE NUMBER |
|---|---|---|
| STATE OF DELAWARE<br><br>DEPARTMENT OF CORRECTION | 9.18 | 1 of 2 |
| | RELATED ACA STANDARDS: | |
| CHAPTER: 9 PERSONNEL, TRAINING &<br>EMPLOYEE-MANAGEMENT RELATIONS | SUBJECT: SEXUAL HARASSMENT & COMPLAINT PROCEDURE | |
| APPROVED BY THE COMMISSIONER: | *[signature]* | |
| EFFECTIVE DATE: | January 6, 2003 | |
| APPROVED FOR PUBLIC RELEASE | | |

I.  AUTHORITY:

State of Delaware Policy on Sexual Harassment Prevention; Civil Rights Act of 1964, Title VII; Merit Rules, Chapter 15; Code of Conduct, Chapter 11; applicable Union contracts.

II. PURPOSE:

To confirm the Department's position that all employees should enjoy a working environment free from sexual harassment and establish procedures for reporting alleged instances of such conduct.

III. APPLICABILITY:

All DOC employees.

IV. DEFINITIONS:

Sexual Harassment: Sexual harassment includes unwelcome sexual advances, requests for sexual favors, sexually motivated physical conduct or other verbal or physical conduct or communication of a sexual nature, when:

1) Submission to that conduct or communication is made a term or condition of employment, either explicitly or implicitly; or
2) Submission to or rejection of that conduct or communication by an individual is used as a factor in decisions affecting that individual's employment; or
3) That conduct or communication has the purpose or effect of substantially interfering with an individual's employment or work performance, or creates an intimidating, hostile or offensive working environment.

V. POLICY:

It is the policy of the Department of Correction that all employees should enjoy a working environment free from all forms of discrimination, including sexual harassment. Further, it is the policy of the Department that sexual harassment is unacceptable conduct in the workplace and will not be tolerated.

| STATE OF DELAWARE DEPARTMENT OF CORRECTION | POLICY NUMBER 9.18 | PAGE NUMBER 2 OF 2 |
|---|---|---|
| SUBJECT: SEXUAL HARASSMENT AND COMPLAINT PROCEDURE | | |

Any employee who believes that they are being sexually harassed should advise the offending individual that the conduct in question is offensive, and request that it be discontinued immediately.

If the employee does not desire to mention the offending behavior to the offending individual, or if the conduct in question is not discontinued, the employee who believes they have been subjected to sexual harassment should bring their concerns to the attention of their supervisor or the Human Resources Specialist III in the Human Resources Office, who has been designated to handle employee complaints.

If the employee is not comfortable with bringing the offending behavior to their supervisor or the Human Resources Specialist III, concerns should be brought to the attention of the State EEO/AA Program Administrator of the State Personnel Office.

The employee's supervisor, the Human Resources Specialist III or the State EEO/AA Program Administrator will investigate the complaint and make every reasonable effort to determine the facts pertinent to the complaint. A conference with the complainant and/or the alleged offending individual will be held within 10 working days of the complaint. If the matter can be resolved to the satisfaction of all parties, the matter will be considered closed, pending further complaint or additional information. In cases of recurring complaints, or in cases of flagrant unlawful behavior, additional sanctions will be imposed in accordance with Chapter 15 of the Merit Rules or applicable collective bargaining agreement.

All information pertinent to the complaint will be handled in the strictest of confidence and will only be disclosed to those who "need to know" in order to thoroughly investigate and resolve the matter. No adverse action will be taken toward anyone making a sexual harassment report, and the Department will make every reasonable effort to ensure that no retaliation occurs.

The prompt and thorough investigation will be conducted with the full knowledge of the Commissioner, who will ensure that appropriate actions are taken to ensure compliance with this Policy.

The Department's Human Resources and Employee Development Office will provide training and other employee services, as needed, in support of the Policy.

This Policy should be posted throughout the Department and communicated to all employees.

# POLICY ON SEXUAL HARASSMENT PREVENTION

## PURPOSE AND SCOPE

To establish a policy for the Executive Branch of the State of Delaware outlining its position and practice with regard to sexual harassment in the workplace and to outline the method of reporting and resolving complaints.

## POLICY

1. The State is committed to ensuring that all employees have a working environment free of intimidation, hostility and offensive behavior. This includes freedom from sexual harassment.

   Sexual harassment is unwelcome sexual advances or other verbal or physical conduct of a sexual nature when:

   - Submission to such conduct is a term or condition of an individual's employment;

   - Submission to or rejection of such conduct is used as the basis for employment decisions;

   - The conduct unreasonably interferes with the individual's job performance or creates an intimidating, hostile or offensive working environment.

2. State employees are strictly prohibited from engaging in any form of sexual harassment, including, but not limited to, requests for sexual favors, telling sexual jokes, displaying lewd pictures, touching private areas of a person's body or making lewd gestures, and making sexually-degrading remarks. Other harassing behaviors, such as repeated unwelcome non-work related calls of a sexual nature from an employee from any state facility to another employee's or individual's home, work place, cellular phone or pager are also strictly prohibited.

3. The State will not tolerate any such conduct on the part of a State employee or any individual on its worksite. Any employee, who, after a complete and impartial investigation, is found to have engaged in such conduct will be subject to appropriate disciplinary action, up to and including termination.

   Non-employees who engage in such conduct at a State office will be subject to appropriate action necessary to eliminate the harassment.

4.  No employee will be subjected to retaliation (reprisal) for reporting, testifying, assisting or participating in any manner in an investigation proceeding or hearing resulting from a complaint of discriminatory or harassing behavior. No person shall intimidate, threaten, coerce or discriminate against any individual for the purpose of interfering with that person's right to file a complaint of sexual harassment.

PROCEDURE

> **NOTE:** All parties receiving a report of sexual harassment will treat the allegation with **strict confidentiality** to the extent possible.

If you are the object of unwelcome sexual conduct, tell the person that you find the behavior unwelcome and ask him or her to stop. If you cannot talk to the person, report the person to your supervisor or another appropriate person (e.g., the other individual's supervisor, Division Director, Human Resources, etc.) giving details relating to the complaint. This supervisor or manager will tell the person that you find the behavior unwelcome and ask him or her to stop. If the behavior continues, the supervisor and employee should report the person through the procedure outlined below.

Any employee who believes s/he has been the victim of sexual harassment has a right to file a complaint. The reporting procedure is as follows:

1.  Immediately report the incident to your supervisor or another appropriate person (e.g., the other individual's supervisor, Division Director, etc.) giving details relating to the complaint.

2.  Any supervisor or manager receiving a complaint must immediately notify his/her Division Director, Human Resources Manager or whoever has been designated to receive such complaints by your Cabinet Secretary/Agency Head.

3.  If your agency has a Human Resources Manager, that individual must also be notified in addition to any individual designated in #2. The Human Resources Manager shall take immediate and appropriate steps to investigate the complaint. If your agency does not have a Human Resources Manager or if the complaint crosses agency lines, then the State Personnel Office shall be notified, and a determination will be made as to the appropriate individual(s) to investigate the complaint.

4.  Following investigation of the complaint, the validity of the charge will be determined.

5.  If charges are determined to be valid, the parties will be informed that the applicable Division Director, Cabinet Secretary or Agency Head will take action against the harasser to prevent recurrence in the future (the precise action should not be divulged to the complainant.) If charges are determined to be valid, the offender shall face immediate and appropriate disciplinary action, recommended by Human Resources and/or the State Personnel Office and

2

imposed by the appropriate Division Director, Cabinet Secretary or Agency Head. Disciplinary action(s) shall be processed in accordance with Merit System Rules/Union Contract where applicable.

6. If charges are determined to be invalid or highly questionable based on related facts, the individual investigating the charge will document accordingly and relay to the applicable Division Director, Cabinet Secretary or Agency Head. If charges are determined to be invalid, the parties and the applicable Division Director, Cabinet Secretary or Agency Head will be informed of the decision based on the investigation and related facts, and notified that no further action will be taken.

7. If the charges are found to be inconclusive, then the Cabinet Secretary or Agency Head will consult with the State Personnel Director per the appropriate course of action.

8. The individual(s) named in #3, along with the applicable Division Director, Cabinet Secretary or Agency Head (or their designee), will hold a private meeting with each party involved to advise of the results of the investigation. A follow-up interview will be held with the complainant approximately two (2) to four (4) weeks after the decision to ensure no reoccurrence and/or retaliation.

9. The individual(s) named in #3 will inform the Cabinet Secretary/Agency Head and the applicable Division Director of the results of all harassment complaints.

10. Note: Any employee found to have knowingly and willfully filed false charges of sexual harassment will be subject to appropriate disciplinary action.

Employees also have the right to directly contact the statewide EEO/AA Administrator at 577-8977 or the Department of Labor's Office of Labor Law Enforcement at 761-8200 or 422-1134 (Milford). Employees should note that there is a time limit, prescribed by statute, for filing a formal complaint with the Department of Labor's Office of Labor Law Enforcement. The statute of limitations for filing a charge under state law is ninety (90) days from the date of the discriminatory action and three hundred (300) days under Federal law. Making a complaint pursuant to this policy will not extend the time by which any person must file a formal complaint with the Delaware Department of Labor, The Federal Equal Employment Opportunity Commission, or any court or regulatory body. No provision of this policy is intended to create any individual right or legal cause of action that does not already exist under state or federal law.

_Ruth Ann Minner_
Governor

_Lisa Blunt-Bradley_
State Personnel Director

3