**EXHIBIT S**

Brandewie Karen (DOC)
___

From: Bianco Vince (DOC)
Sent: Tuesday, April 19, 2005 11:56 AM
To: Brandewie Karen (DOC)
Subject: RE: Request For a Thorough Investigation

Hi Karen,

Just a short note to memorialize our discussion yesterday afternoon at 1515hrs. regarding your requests contained within the transmittal below. I shared with you by reading a transmittal sent to S/Lt Wilson at 1304 hrs. that an investigation had already been initiated relating to your concerns. Specifically, that an inmate was in the second floor duty office allegedly viewing pornographic sites allegedly attributed to you. I further indicated that inmate Gomez would be reviewed by the MDT this date to determine his appropriateness for the program. We also discussed the possibility of assigning you to the duty office permanently however, you indicated that the incident with inmate Gomez was not going to interfere with your job. Lastly, I double checked with you to make sure that no staff at Morris have been speaking to you or with others about you with regard to your employment history at SCI. You indicated that you have never heard any such comments from Morris staff.

I appreciate that you are taking advantage of my open door policy and want to reiterate that it is important that I am apprised of these incidents so that we may work together to resolve same.

Vince

-----Original Message-----
From: Brandewie Karen (DOC)
Sent: Monday, April 18, 2005 2:27 PM
To: Blanco Vince (DOC); Wilson Kenneth (DOC)
Subject: Request For a Thorough Investigation

Warden Bianco,

As you are well aware there have been problems in the past with the officers at S.C.I. concerning them looking up pornographic websites while at work and labeling one female they found as me, passing it on to P&P, Work Release, and V.O.P. They also left it on desks where inmates saw the photo with my name on it. My fellow officers were also telling the inmates that I have a pornographic website. For these reasons, I was placed at your facility and have been very grateful. However, I wrote you Friday concerning a matter with the inmates where allegations are being made among them that one, I/M Gomez has been permitted in the control at night to veiw porn sites and now claims he and this officer have seen me naked on my alleged website. I am requesting a thorough investigation into this matter, including the computer being looked at by IA as they did in Georgetown. I also am requesting that I be informed of any and all findings. I know it would be easy to simply send the inmates to another institution ; however, that will not solve the problem. I believe the only way to find out if there is any truth to these allegations is to have the computers removed and looked at carefully. I/M Gomez has acted differently toward me for approximately two weeks where as I stated before, he has asked me to do him favors of buying him something out of the machines. I informed him that would never happen and to go back on his tier. I am strongly concerned as I am being placed in a light that puts me at a much higher risk of harm by one of our inmates. I have not allowed this to interfere with my job or with being professional nor will I.
Thank you for your time in this matter.
Respectfully,
C/O Karen Brandewie

1