# EXHIBIT X

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974

ENTER CHARGE NUMBER

☐ FEPA
☐ EEOC

Delaware Department of Labor     and EEOC
(State, or local Agency, if any)

| | |
|---|---|
| NAME (Indicate Mr., Mrs., Ms) Ms. Karen Atwell | HOME TELEPHONE NO. (Include Area Code) (302) 855-9510 |
| STREET ADDRESS 6 Gordy Street | CITY, STATE AND ZIP CODE Georgetown, DE 19947 |
| COUNTY Sussex | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)

| NAME Delaware Department of Corrections/S.C.I. | NO. OF EMPLOYEES OR MEMBERS 100+ | TELEPHONE NUMBER (Incl. Area Code) (302) 739-5601 |
|---|---|---|
| STREET ADDRESS 245 McKee Road, | CITY, STATE AND ZIP CODE Dover, DE 19904 | |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE |

CAUSE OF DISCRIMINATION BASED ON:
☒ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☐ AGE
☐ RETALIATION ☐ DISABILITY ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 03/2003
LATEST 01/6/2004
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s)):

I. I am a female individual who has been employed by Respondent since November 2000. I am still employed as a Correctional Officer in Georgetown, Delaware at Sussex Correctional Institute. I have been subjected to a hostile work environment based on my sex and my alleged association with black men.

II. Correctional Officer Leonard Whitman (white) made statements about an alleged relationship(s) I had with black men. He was upset because I would not have sex with him. Approximately 1 month later, there were rumors that I was on a pornographic website seeking a black man. I spoke to Deputy Warden Mike Deloy (white) about the rumors regarding Mr. Whitman's e-mails, I was told that he would address it but he has not updated me about the matter. I discussed the pornographic pictures with Warden Richard Kearny who called Internal Affairs. I was told that it would be investigated but nothing else has been done.

III. I believe that I Respondent is in violation of Title VII of the Civil Rights Act of 1964, as amended, and the state of Delaware's Discrimination in Employment Act, as amended, for continuing to allow me to work in a hostile work environment based on my sex and my alleged association with black men. I have not been able to perform my job duties as a reasonable person. Pornographic pictures are being circulated throughout the prison, both probation and parole offices, work release and the violation of probation showing a white female looking for a black man. It is rumored that the woman in the pictures is me. The rumors began after a conversation with Correctional Officer Leonard Whitman who questioned me about having sex with black men. He was upset because I did not accept his advances towards me. I reported the incidents to supervision but nothing was ever done to my knowledge. I am still employed with Respondent and continue to be subjected to a hostile work environment.

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SIGNATURE OF COMPLAINANT

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

NOTARY - (When necessary to meet State and Local Requirements)

Date _____ Charging Party (Signature) _____

Subscribed and sworn to before me this date _____ (Day, month, and year)

EEOC FORM 5    PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED