IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KAREN BRANDEWIE, :
:
Plaintiff, :
:
v. : C.A. No.: 05-625 (MPT)
:
STATE OF DELAWARE :
DEPARTMENT OF CORRECTION, :
:
Defendant. :

## CERTIFICATE OF SERVICE

I certify that on this 6th day of October, 2006, I served electronically the attached Plaintiff's Opening Brief in Opposition of Summary Judgment on the following:

Marc P. Niedzielski
Deputy Attorney General
820 N. French Street
6th Floor
Wilmington, DE 19801

YOUNG, MALMBERG & HOWARD, P.A.

_____/s/ Ronald G. Poliquin_____
Ronald G. Poliquin, Esquire
30 The Green
Dover, DE 19901
Supreme Court I.D. 4447
302-672-5600
*Attorney for Plaintiff*