Interracial sex Amateurs: Black Men & White Women, now archiving over 8,000 select pics, galleries updated daily
Online Vids, Stories, Live Webcams, amateur pic posts, women searching for black men, gloryhole sex and more



Adults Only - XXX hardcore inside
## MINORS NOT ALLOWED
click here, kids!



Latest Update
Friday, December 12 0015 PT

**Ready to cum?**

# enter

Parents - please monitor your children's internet use.
We Rated With RSACi

This website is also registered with Surfwatch and Netnanny



Original content, page design, programming, and arrangement copyrighted © 1999-2001 by Wild Wild Web, Inc



# North Carolina, Southeast



**Contact: Wife4blkck**
Email: <u>wife4blkck@hotmail.com</u>
Married couple early 30's seeking black male, well built for wifes first interracial experience. Interested in possibly threesome or husband can watch. Husband is str8. Wife enjoys foreplay, is excellent at giving head and can't wait to wrap her lips around a black cock. Just looking for hot fun!!!

## Back to SWINGERS Index



Original Content, Page design and arrangement copyrighted © 1997- 1999 by Wild Wild Web, Inc