```
        To:  Karen Atwell@Admin@SCI
      From:  Leonard Whitman@Admin@SCI
        Cc:
   Subject:  re:
Attachment:  BEYOND.RTF
      Date:  2/6/03 9:33 AM
```

karen i swear on the holy bible thats where ive been hearing these rumors .now why would i start a rumor about someone i dont even know?


From: Karen Atwell@Admin@SCI, on 02/06/2003 08:08:

you are fullof it Lenny. You were mad because I said no. I joke with people but that is as far as it goes. You made that rumor up. Some friend you turned out to be. Thanks

----------

From: Leonard Whitman@Admin@SCI, on 2/6/03 7:43 AM:

schmidt did not say anything to me about anything all these rumors ive been hearing have been coming from white shirts that have seen you with these individuals.