**Kearney Richard (DOC)**

From: Atwell Karen (DOC)
Sent: Sunday, November 02, 2003 6:54 PM
To: Kearney Richard (DOC)
Cc: Deloy Mike (DOC)

Warden Kearney,

Some time back it was brought to my attention from another officer here that the guys in MSB were looking at porn sites. They found one that read white married female looking for black male with big dick. From what I have been told this woman does not look like me but they began showing others that came in the building to work and told them that it was me. I thought I put an end to this rumor; however, yesterday an inmate brought to my attention the fact that officers have been talking with inmates concerning this matter, telling them I am on a porn site. Inmates have also been telling other officers what they had been told. Upon arriving to work in the Key Building tonight I spoke with another officer that was informing me that his wife who works for P&P was telling him that she heard that a female officer named Atwell was on a porn site and that her husband was arrested for molesting her daughter. She told him where the site was and he informed me. Sir, this is supposed to be a professional institute where staff supports staff but my character has been destroyed and continues to be destroyed each day. This particular rumor has reached both P&P offices, VOP, and Work Release. I do not understand the mentality of the men who work here. I have never done anything to any one and I certainly do not get involved with helping rumors spread. It is one thing to joke with people; however, it has gone to a completely different level. This type of rumor could place me in a more dangerous position with the inmates as they begin to see me differently As you know I am still in the process of becoming a Law Enforcement Officer and pride myself in my work and in the way carry myself. The rumor has gone beyond the institution and I seem to be the talk of the town. I did speak with Deputy Warden Deloy about an incident that happened some time back and at that point stated I was not going to allow anyone to spread lies about me and destroy my chances of gaining my dreams and life long ambitions. I think it is a shame that I receive more respect from the inmates than I do the other officers. As you all are aware I already have enough to deal with than to have to deal with the immaturity level of the officers hired by the Department Of Corrections. I have spoken with someone concerning the legal aspects of this matter and am ready to take what ever steps necessary to put a stop to this foolishness and childish behavior; including suing the state for sexual harassment and defamation of character. Sir, I would very much appreciate a meeting with you before I go any further with this matter.

Very Respectfully,
C/O Karen Lynn Atwell

1

D00003