**Candeloro Karen (DOC)**

**From:** Machtinger Alan (DOC)
**Sent:** Friday, September 10, 2004 2:57 PM
**To:** Kearney Richard (DOC); Bianco Vince (DOC)
**Cc:** Durkee Janet (DOC); Candeloro Karen (DOC); Mickle-Askin Kathy (DOC); Brandewie Karen (DOC); Howard Paul (DOC); Renard Noreen (DOC)
**Subject:** Karen Brandewie Assignment

Rick/Vince,

Effective 9/20/04, Karen will be assigned to MCCC. For the time being, she will remain on SCI's LAP.

Thanks, Alan

*[Handwritten note: Diane, I UC Orig. Restore +10 to Al. LC 9.13.04]*

D02633