

# State of Delaware
### The Official Website for the First State

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search  This Site    Your Search...    Citizen Services | Business Services | \

**Governor Ruth Ann Minner**

**HOME**

**SERVICES**

**INFORMATION**
Executive Orders
Legislative Agenda
Industry Principles
Speeches
Staff
Disclosures
Task Force Reports

## Executive Order Number Sixty Creating A Task Force On Security Issues At The Delaware Correctional Center

WHEREAS, on July 12, 2004, an event occurred in the Delaware Correctional Center, in which an inmate, armed with a homemade metal weapon, took a prison employee hostage, held the employee for several hours, and assaulted the employee before the inmate was fatally shot; and

WHEREAS, since July 12, 2004, the events leading up to the hostage incident, and the response to the incident, including the negotiations with the inmate and the determination to use deadly force against him, have been the subject of several reviews by investigative authorities, including the Delaware State Police, the State Department of Justice, and the Internal Affairs Unit of the Department of Correction; and

WHEREAS, it is advisable and in the best interests of the State that a task force of citizens independently examine the events surrounding the hostage incident and related security issues at the Delaware Correctional Center, examine the findings of the investigations conducted by the Delaware State Police and the Department of Correction, and make recommendations to help assure the safety and security of the Delaware Correctional Center;

NOW, THEREFORE, I, RUTH ANN MINNER, GOVERNOR OF THE STATE OF DELAWARE, DO HEREBY ORDER AND DECLARE AS FOLLOWS:

1. The Task Force on Security Issues at the Delaware Correctional Center is created. The Task Force will have seven (7) members appointed by the Governor who shall serve at the pleasure of the Governor.

2. The Task Force shall report to the Governor no later than January 31, 2005, on any conditions at the Delaware Correctional Center that contributed to the hostage incident on July 12, 2004, and shall provide recommendations for improving security conditions at the Delaware Correctional Center and/or other State correctional facilities.

3. The Department of Correction, the Department of Safety and Homeland Security, and any other executive agency with pertinent information concerning the Delaware Correctional Center shall cooperate with the Task Force and provide information to the Task Force as requested. In addition, the Task Force is encouraged to consult with nationally recognized criminal justice agencies or organizations, including the United States Department of Justice National Institute on Corrections, and the Criminal Justice Institute.

4. To the extent reasonably required by security concerns related to the Delaware Correctional Center and/or the Department of Correction, the deliberations of the Task Force shall be confidential. The records, investigations, and deliberations of the Task Force, along with all internal communications and communications with the Governor and her designees, are intended to be protected by the executive privilege. The completed report of the Task Force is intended to be a public document, except to the extent that the Task Force determines that the security needs of the Department of Correction or its facilities clearly require that specifically identified information remain confidential.

Approved: October 6, 2004

Last Updated: Friday, 08-Sep-06 09:29:06