

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

TELEPHONE: (302) 856-5280

November 6, 2003

TO:        Alan Machtinger

FROM:      Warden Kearney  *R. Kearney*

RE:        Officer Karen Atwell's Complaint
_____

    On Monday, November 3, 2003, I received a complaint from Officer Karen Atwell via e-mail. A copy of the complaint is attached and is self-explanatory. Subsequent to our conversation on Monday afternoon, I scheduled a meeting with Officer Atwell for Thursday, November 6, 2003, at 9:00 a.m. Present at the meeting were Officer Atwell, COAD Representative John Ryan, Helen Lowman and myself.

    I informed Officer Atwell that the Department of Correction was taking her complaint very seriously and that it was my intention to determine the origin of the rumors and take appropriate action against participating individuals. To this end I asked Officer Atwell to tell me everything she had heard. She stated that Officer James Henry informed her that guys were looking up pornographic web sites and found one with a woman that resembled her. The Officers were saying it was her site. This occurred approximately five months ago. She chose to ignore it and figured it would go away after a short time. Henry told her the rumors began in the Multi-Security Building. Officer Atwell stated that over the next few months several officers approached her about the rumors but she did not take any action because she felt it was just guys being guys and it would go away.

    On November 2, 2003 Officer Atwell was informed by Officer Ronald Brzezicki that his wife (who works at Georgetown Probation and Parole) had told him that there was on Officer Atwell at SCI that had a pornographic web site. On the same date Officer Alvin Hudson told Atwell that an inmate had told him about the rumor. Also, inmate Brian Jones who was housed on D Quad in the Key Building had told her that inmates were talking about her and the rumor at Chapel services. The fact that the rumor was out of control and known by inmates and people outside of the facility prompted her to file the complaint. She fears that her reputation is being attacked here and in the community.

D 02450

I told Officer Atwell that it was my intention to use Internal Affairs and M.I.S. to identify the source of the rumor and those propagating it. She asked how long the investigation would take and I told her that I didn't know. I told her I would make it a priority. She stated that she wanted to keep her attorney informed. At that point John Ryan informed me of the Department's vicarious liability supported by numerous case law findings. I told them that the Department viewed this complaint seriously and would make every effort to determine the perpetrators and take appropriate action.

By copy of this memorandum, I am requesting that Internal Affairs and M.I.S. conduct an investigation into the complaint in an effort to identify and sanction those responsible for originating and propagating these rumors.

xc:   Bureau Chief Paul Howard
      Jim Lupinetti
      Ed Zobawski
      File

D02451