*John, file with the above document. D.*



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
EMPLOYEE DEVELOPMENT CENTER
245 MCKEE ROAD
DOVER, DELAWARE 19904
Telephone: (302) 739-5601
Fax: (302) 739-5751

June 24, 2004

Officer Pam Cox
Georgetown Probation & Parole Office

RE: James Smith (Offender)

Per our telephone conversation on 06/22/04, I am providing this letter for your records. The following incidents dealing with Offender James Smith have occurred.

- On June 21, 2004 at approximately 2000 hr. I was looking out my living room window and observed two figures in my yard, halfway to my house. As I was looking they ran across the road to my neighbors house (The second person I found out later is his 15 year old son). I went outside to ask them if I could help them and Offender Smith stated, "I don't believe I knocked on your fucking door!" I told him, "No, but you did knock on my neighbors door after running from my house. He then came out into the road and asked, "What business is it of yours anyway?" I told him, "I am in Law Enforcement and I keep a close eye on the community. At this point, Offender Smith then loudly stated, " You ain't nothing but a guard." I said yes, I am a Correctional Officer and he stated again loudly," Like I said, you ain't nothing but a fucking guard." At no time during my conversation with this Offender did he appear to be concerned with being violated for committing another crime by trespassing. I thought I recognized him from S.C.I, in Pre-Trial, but was not positive. When I went back into my home, I contacted Georgetown Police Department and spoke with Officer Tommy Tyndall about the incident. I expressed my concerns for my family's safety, and myself as I was sure I was dealing with an ex-inmate. He informed me to contact them if he came back. Approximately 10 to 15 minutes later I went to my son's room to pear out the window as I felt the Offender would be back. At this time I observed he and his son standing on the side of the road in front of my house just staring. I again contacted Officer Tyndall and informed him of this mans suspicious behaviors. With in a few minutes Officer Tommy Tyndall

1

D00363

and Officer Matt Barlow arrived at my home. I pointed out the two individuals and they proceeded to approach them on May Street. After the Officers were finished talking with the Offender, Officer Tyndall stopped by to let me know that he informed James Smith that he does not belong in my yard. He also stated if I had any further problems to call.

- On 6/23/04 at approximately 1700 hr. I was turning onto Gordy Street returning home from work when Offender James Smith was at the corner of N. Bedford Extended and Gordy Street, driving a white truck with his son as a passenger. He looked at me and yelled out his window, calling me a "Fucking Asshole". I turned around in my drive to get his license number and called the Georgetown Police Department to inform them of James Smith's actions and also to inform them that he is driving without a driver's license and that you asked that we call the Police if he is seen driving again as that is also a violation of the law and his probation. At approximately 1850 hr. Offender Smith arrived back home. According to Detective Larry Gross, Offender James Smith has committed yet another crime by his aggressive and threatening behavior from his truck, which is Disorderly Conduct.

- At approximately 0840 hr. 6/24/04, I received a call from my daughter who is at home. She stated that our mailbox has been turned around. I felt that this might have been done by the Offender James Smith. I called Detective Larry Gross at approximately 0845 hr. I requested that they dust my mailbox for prints. Detective Gross stated he would have one of his Officers perform this duty on 6/24/04.

Knowing that the individual's actions are in violation of their probation, your immediate attention in this matter would be greatly appreciated. I worry for not only myself but my family as well so any guidance you may provide until this is resolved would be once again appreciated. You may contact me at any time at the following numbers.

Home: 855-9510   After 1800 hr.
Cell: 249-0430     Anytime
Work: 739-5601, extension 288   Monday- Friday 0800-1600 hr.

Sincerely yours,


Karen Brandewie, Correctional Officer
Delaware Department of Correction


cc: file
    Ron Sauls, Academy Administrator
    Alan Machtinger, Director Human Resources & Development