INTERNAL AFFAIRS UNIT

MEMORANDUM

TO:        James J. Lupinetti, Director
           Internal Affairs Unit

FROM:      Steven E. Rogers, Investigator
           Internal Affairs Unit
           Michael Tigue, Investigator
           Internal Affairs Unit

DATE:      Jan 25th, 2004

SUBJECT:   CASE# 03-043

*************************************************************
Complaint:

On Sunday, November 02, 2003 an E-Mail was sent to Warden Kearney of SCI from Karen Atwell. The complaint alleges that Correction Officers in the MSB building where she often works had been looking at a Web Site described as pornography and had been spreading rumors that she was the person on the site and that it was her Web site. The web site was derogatory in nature and depicted a white female in search of a Black Male. SEE ATTACHED COPY. Karen Atwell was concerned that the rumor was spreading through the Criminal Justice system including Probation and Parole Offices. This rumor was undermining her authority and effecting how the inmates were viewing her as an Officer. She was also concerned at how the other Officers were treating her through the institution.

Action Taken:

On November the 18th, 2003 an interview was conducted with Officer Karen Atwell in the company of Union Representative John Ryan of COAD. Officer Atwell indicated that she did not have a Web site and had not viewed the Web site in question. This had been going on since July of 2003. Officer Jim Henry informed Officer Atwell of what the Officers were saying about her having a Web site. James Henry also advised Atwell that the picture did not look like Karen Atwell anyway.

1

People would say remarks in passing about the female on the web site where a female was lying naked and playing with herself. She was at the Key when Officer Brzezicki asked to talk to her. He informed her what Officers were saying that his wife who worked at Probation and Parole came to him saying that Officer Atwell had a porn site, and that her Character was being damaged. That she had applications in with the Delaware State Police and Wilmington Police and her Character was in question. Officer Karen Atwell also said she was under observation due to the arrest of her husband for molesting her daughter. That custody of her daughter was being looked at. Inmates were also bringing the rumor to her attention as well. They had been listening to Officer's conversations. Officer Atwell indicated her estimation was that at least ten individuals have questioned her concerning this rumor.

On 12/01/03 Officer James Henry was interviewed and gave the following statements concerning the issue.
Back in 2002 around December he had viewed a piece of paper with her picture on it, which it had been laying out in the guard post 7 on a desk and informed her that she should be aware of this. He did not remember who was present at the time or who had printed it. There were Officers present in the room but he could not remember who they were due to the time span. There was laughter when viewing the picture and he said it had a striking likeness to Karen Atwell. He left the room and about a week later he told Officer Atwell. The picture was still in the area when he left as far as he knew. When he told Officer Karen Atwell about the picture Officer Atwell commented: Well did she at least look good: Several months passed when in November Karen Atwell called him and they had a conversation over the picture. Karen said the picture had been all over the place SVOP, Probation and Parole, Pretrial, etc. She intended to report this and that he might be called to I/A for an interview. He could not provide any information as to who generated the photo or accessed the computer. Karen indicated to him that it was causing her stress. She commented to him that it was not she. Officer Henry identified a photo taken off the web site and indicated it was the same Picture. He also said he saw nothing to indicate it effected her job performance or emotions. He indicated that he had not seen the picture since the first time in December 2002. Officer Henry had access to the computer in MSB building.

Officer Henry said it was relayed by the Lieutenants that this action was in violation of Department Policy concerning the printing and viewing this type of Web site or leaving pictures for Officer's to view.

D02457

On December 1st, 2003 Officer Alvin Hudson was interviewed and gave the following statement. Union Representation was waived. He had a conversation with Officer Karen Atwell in the Key building about an inmate that had come to him and said something about Officer Atwell being on a the Web Site. He had viewed the picture, but not in the Key building or Max, some other building. He thought it was in pretrial. Someone showed it to him but he did not recall whom that person was. He ID'D the photo as being the one he saw. Maybe it was back in August of 2003. Officer Atwell relieved him in pretrial and said she appeared to be upset because she had learned that the rumor was being circulated at Probation and Parole. He had never seen a picture that was not on a computer. The computer in Pretrial prints only in the Watch Commander's Office. He could not recall who brought it to his attention.

On December 2nd, 2003 Mike Shockley was interviewed concerning this incident. Union Representation was waived. He had had a conversation with Officer Atwell concerning this incident. He had not seen the computer print out and had only heard the rumors. He was just passing on the information of what he was hearing. He had no knowledge of where it originated. He had only heard gossip about the Web Site. He knew of Officer Karen Atwell telling him that since she had made her complaint to the Warden the Web site picture had changed and now the rumor was that she was told to remove it or she would be fire, when in fact this was not true. This occurred sometime after the 21st of November. Mike Shockley also had knowledge of a previous incident about being asked out by another employee through E- Mail. This matter was handled in house and Officer Atwell was satisfied with the results. He was also aware of the signed agreement with MIS concerning the use of State Computers.

On December 2nd 2003 Officer Ronald Brzezicki was interviewed concerning this incident. Union representative was waived. He was informed at SCI approximately two (2) months ago and contacted Officer Karen Atwell about rumors he had heard from the front lobby at SCI. Officer Donna Short had told him about the rumors and the change in the Web site. The rumor at this time was that Officer Atwell had changed the site only showing a portion of her body and the use of a sex toy but no face was visible. Officer Brzezicki indicated that he was talking to his wife Christina at Probation and Parole and she was talking about the resignation of Officer Atwell's husband from the Georgetown Police Department when he heard the rumors about Officer Atwell on the Website came into the conversation.

D02458

Officer Brzezicki indicated he was curious and accessed the Web site from home. He had gotten the site address from Officer Donna Short. He had viewed a photograph, which was identified as the second photo. That Karen complained to him about the problems she was having and he referred her to the Warden's Office.
He said he had not seen anything inside the Institution with no knowledge of how it started. His first knowledge of the incident was approximately 60 days prior to the interview.

Ed Zabowski of MIS was contacted and questioned concerning his capability of determining who had accessed the site and from what computer. He indicated that they did not have that capability at this time. There was no password or ID required to access the Internet.

On December 2nd 2003 I contacted a Colleen Gause of DTI who had the ability to block the Web Site from the State Server. Shortly after the contact the site was blocked by use of a firewall system. Then I rechecked the site and State Computers blocked it from further use.

Shortly after this I spoke to Officer Karen Atwell over the phone and advised her of the progress and the blocking of the site in attempt to prevent access. She informed me that she didn't think things were progressing and was not happy with the investigation. She was also afraid the site had been loaded on a disk and brought from home.


CONCLUSION:

In conclusion it appears that a Yahoo Personal Web Site was accessed through the State Computer MSB Building at SCI. A photo was displayed with a profile as well as the picture of a white female in a sexual position. SEE ATTACHED PICTURES, the date this was passed on to Internal Affairs was November 2003 and the picture shows it was printed on July 20, 2003.


Persons interviewed said that the picture was on the computer in MSB building and some persons where present when someone said it appeared to be Officer Karen Atwell on the Web site. The rumor started and was passed through gossip to other locations throughout the institution, as well as Probation and Parole. No evidence has been located that would indicate who was responsible for accessing the site and through what specific computer. The rumor was propagated through word of mouth and nothing has been seen posted in the institution, although a picture was observed lying on the desk in the MSB building. This gossip was circulated through SCI and was being heard by other Officers.

D02459

Officers brought this to the attention of Officer Atwell after having knowledge of its existence. Officer Atwell was concerned that the rumors did not go away or die away without having to lodge a complaint.

Lieutenants advised officers of the Department Policy concerning the Internet and photos being printed. Officer Atwell denied having seen the photos or accessing the Web site in any way. She also complained that its was attacking her character and due to the timing she had open applications with DSP and Wilmington Police Department where character investigations were evidently coming. Also her character could be in question concerning custody of her child. She also was very concerned it was undermining her authority with inmates and security.

Officer Atwell made a complaint to the Warden and for some reason shortly after this the WEB Site picture changed to a more dramatic picture, sexual in nature but eliminated the face for identification. SEE ATTACHED PICTURE, This only served to fuel the rumors, which were already in place and appear to be a coincidence.

Officers or others eventually blocked the site through the State Server in attempt to stop its use through the use of a State Computer.

CASE PENDING:

D02460