# Memorandum

Date: May 3, 2004

To: Lt. Darrick West

From: Captain Gerard Flaherty

Subject: <u>Verbal Counseling</u>

Writer met with Lt. West regarding the results of the investigation regarding him spreading rumors about another employee. Lt. West stated that his intentions were sincere and only done to help the officer in question. We agreed that in the future more thought would be given to these situations prior to saying anything at all, no matter how sincere we were.

xc: File
Deputy Warden

Received, SCI.
MAY 0 5 2004
Deputy Warden

B02652