*CONFIDENTIAL*

# Memorandum

RECEIVED
FEB 11 2004
SCI WARDEN'S OFFICE

TO: Paul Howard, Chief
Bureau of Prisons

FROM: James J. Lupinetti, Director
Internal Affairs Unit

SUBJECT: Complaint of Officer Karen Atwell
SCI

---

Rumors of a Sexual Nature were being circulated which refer to Officer Atwell. Upon her complaint Warden Kearney requested an Internal Affairs investigation.

After interviewing Officer Atwell and several Staff of Sussex Correctional Institution one can conclude that indeed those were rumors that Officer Atwell was pictured in a Pornographic Internet Web Site. Further that staff had either accessed the web site from a computer at S.C.I. or their residence and printed pictures form the site.

The investigation did not determine who was responsible.

The administration and supervisors of S.C.I. reinforced Department Policies on use of the Computers.

The investigator was able to have the web site, which was accessible by State Computers blocked.

Internal Affairs and M.I.S. are attempting to obtain software, which will enable investigators to better monitor the use of state computers. Research and testing of various products is underway.

CC: Richard Kearney, Warden
    Alan Machtinger, Human Resource Director
    I.A. Case File #03-043
    File