*Notes taken By Union Rep John Ryan*

Notes from Meeting November 04 2003 @ 0903 hrs
Present at the meeting
S.C.I Warden Rick Kearny,
S.C.I Business Office Manager Helen Lowman DOC
Karen Atwell C\O
John K Ryan K-9 C\O - C. O. A .D Representative

C\O Atwell advises Warden Kearny that she was approached by C\O Brzezicki on 11/02/03 and told about a rumor his wife had told him of, According to the rumor C\O Atwell has or had nude picture of her self on the internet titled "wife4blck". C\O Atwell advise Warden Kearny she had heard this rumor before and believes it to have originated in the MSB Bldg. as she had been told of this by C\O J Henry.

Warden Kearny states he " Intends to terminate involved individuals if he can establish who has been propagating the rumor"

C\0 Atwell advises she was approached by another C\O A Hudson directly after C\O Brzezicki, and stated that an I/M had come to him and told him of this supposed picture on the internet and wanted to know if it was true. Prior to this on Nov 1 2003  I/m Brian Jones approached C\O Atwell stating that an Inmate had approached him and asked about a pictured he had overheard I/Ms at the chapel talking about other officers saying C\O Atwell had a naked web site. I/m B. Jones stated he wanted to make sure that C\O Atwell was made aware of what was being said.

Warden Kearny asks C\O Atwell if the picture was her C\O Atwell responded emphatically "NO" . Warden Kearny states " if it was her we would look at you in a different light" Warden Kearny also states he intends to put enough pressure on people to show them there is interest in the rumors and dealing with who started propagating them.

C\O Atwell asks Warden Kearny approximately how long before there are results from the investigation. Warden Kearny states he intends to forward a summary of today's discussion to I/A And to upper management and request an investigation he "suspects I/A will get on it asap"

Warden Kearny stated "I will keep you informed " C\O Atwell states she needs to keep her attorney informed.

Discussion Ends
0945 hrs November 04 2003

Meeting Notes I/A
Persons Present Steve Rogers IA D.O.C, Mike Tige(sp)?IA D.O.C
C\O K. Atwell, K-9 C\O J. Ryan C.O.A.D
November 11, 2003 @ 1000 hrs
MEETING TAPED BY D.O.C

S. Rogers reads email statement to C\O Atwell asks her to verify that it is what she wrote. C\O Atwell confirms it is the same.

C\O Atwell States essentially the same story as the previous meeting with S.C.I Warden Kearny

C\O Atwell states she had heard the rumors of this website sometime before July of 2003 but had not pursued the issues hopping it would die off. Rumor has now gone beyond S.C.I to other parts of Dept, since it has C\O Atwell states s she has been approached by several officers and I/M's now she wants it investigated and stopped as it may impact her search for a position on state or local police department, it also could harm current criminal case against her estranged husband for molesting her 15 year old daughter. And is making her very uncomfortable at work causing stress etc with all of the other things she is currently dealing with.

S. Rogers asks for names C\O Atwell gives the same as in the other meeting with one addition when asked about other problems before Advises S. Rogers of a problem with C\O L Whitman harassing her it was handled in house by S.C.I Deputy Warden M. Deloy.

Discussion continues on they will look into it , and they are unsure of MIS capabilities etc. On retrieval of info from computers but will advise after they had looked into it.

Meeting ended approx 1045 hours