IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KAREN BRANDEWIE,

          Plaintiff,

v.                             C. A. No. 05-625-MPT

STATE OF DELAWARE DEPARTMENT OF CORRECTION,

          Defendant.

**ORDER**

At Wilmington, Delaware, this **11th** day of **December, 2006**.

For the reasons stated in this court's December 11, 2006 Memorandum Opinion, IT IS ORDERED AND ADJUDGED that:

Defendant State of Delaware Department of Correction's motion to for summary judgment (D.I. 29) is **DENIED**.

                                                UNITED STATES MAGISTRATE JUDGE



FILED

DEC 11 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE