Exhibit A

Plaintiff's Witness List

1. Warden Kearney: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

2. Warden Bianco: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

3. Deputy Warden Deloy: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff

4. Officer Greg Smith: Has knowledge of the events that led to the sexual harassment and discrimination against the Plaintiff.

5. Officer Mike Shockley: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

6. Officer Alvin Hudson: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

7. Lt. Guy Fowler: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

8. Helen Moore, DOC Counselor: Has knowledge of the events that led to the sexual harassment and discrimination against the Plaintiff.

9. Sandra Nesbit, DOC Counselor: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

10. Officer Lenny Whitman: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

11. Officer James Henry: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

12. Captain Gerry Flaherty: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

13. Captain Brittingham (first name not known): Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

14. Captain Truitt: (first name not known): Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

15. Staff Lieutenant Johnson: (first name not known): Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

16. Lieutenant Fisher: (first name not known): Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

17. Lieutenant Beckett: (first name not known): Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

18. Lieutenant Atallian: (first name not known): Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

19. Sergeant Rick Van Heckle: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

20. Sergeant Jeff Rogers: (first name not known): Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

21. Officer Janice Sneed: Has knowledge in the events that led to the sexual harassment and discrimination against the Plaintiff.

22. Officer Bryan Andrews: Has knowledge in the events that led to the sexual harassment and discrimination against the Plaintiff.

23. Officer Kirk Clay: Has knowledge in the events that led to the sexual harassment and discrimination against the Plaintiff.

24. Officer Ron Brzezicki: Has knowledge in the events that led to the sexual harassment and discrimination against the Plaintiff.

25. Officer Donna Short: Has knowledge in the events that led to the sexual harassment and discrimination against the Plaintiff.

26. Officer Deine Bes: Has knowledge in the events that led to the sexual harassment and discrimination against the Plaintiff.

27. Officer Wendy Phillips: Has knowledge and participated in the events that led to the sexual harassment and discrimination against the Plaintiff.

28. Officer Billy Edwards, friend of Plaintiff, 302-856-5280, has knowledge in the events that led to the sexual harassment and discrimination against the Plaintiff.

29. John Ryan, Union Representative, 302-422-6180/302-856-5280: Has knowledge of the events that led to the sexual harassment and discrimination against the Plaintiff.

30. Dr. Eileen Davis, 25 Bridgeville Road, Georgetown, Delaware: has knowledge as to emotion distress and hostile work environment suffered by Plaintiff.

31. Julie Warnick, LCSW, CADC, Children & Families First, 410- South Bedford St., Georgetown, DE. (302) 856-2388: : has knowledge as to emotion distress and hostile work environment suffered by Plaintiff.