**EXHIBIT B**
**Defendant's witness list**

Defendant identifies all witnesses listed by plaintiff and in addition lists the following:

    Warden Rick Kearney
    Deputy Warden Mike Deloy
    Alvin Hudson
    James Henry
    Mike Shockley
    Donna Short
    SCI
    P.O. Box 500
    Georgetown, DE 19947

    Steven E. Rogers
    Michael Tigue
    Division of Internal Affairs
    1181 Paddock Road
    Smyrna, DE 19977

    Alan Machtinger
    John Smart
    Edward Zabowski, MIS
    DOC Admin
    245 McKee Road
    Dover, DE

    Colleen Gause, DTI
    801 Silver Lake Blvd
    Dover, DE 19904

    Warden Vince Bianco
    Helen Moore
    William Smith
    Kenneth Wilson
    Carl Chase
    Balwant Singh
    MCCC
    300 Water Street
    Dover, DE 19901