**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KAREN BRANDEWIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-625-MPT |
| ) | |
| STATE OF DELAWARE, ) | |
| DEPARTMENT OF CORRECTION ) | |
| ) | |
| Defendant. ) | |
| ) | |

Exhibit C
Deposition Designations

1. Warden Richard Kearney: State of Delaware, Department of Correction Employee. Deposition conducted on 8-24-06

2. Officer Alvin Hudson: Deposition conducted on 8-28-06.

3. Officer Ronald A. Brezicki: Deposition conducted on 8-28-06

4. Officer James A. Henry: State of Delaware, Department of Correction Employee. Deposition conducted on 9-6-06.

5. Karen Brandewie: Deposition conducted on 8-25-06.

6. Julie Warnick Deposition conducted on 9-06-06.