AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

_____ DISTRICT OF DELAWARE _____

### EXHIBIT G, DEFENDANT'S EXHIBIT LIST

**Karen Brandewie v. Department of Correction**

**CASE NUMBER**: 05-625-MPT

| PRESIDING JUDGE<br>Judge Thynge | PLAINTIFF'S ATTORNEY<br>Ronald Poliquin, Esq. | DEFENDANT'S ATTORNEY<br>Marc P. Niedzielski, DAG |
|---|---|---|
| TRIAL DATE (S)<br>Jan. 22 – Jan. 26, 2007 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | DX 1 | | February 5, 2003 e-mail from Whitman to Plaintiff |
| | 2 | | DX 2 | | February 22, 2003 Counseling Memo to Whitman (D02653) |
| | 3 | | DX 3 | | November 3, 2003 e-mail to Warden Rick Kearney (Brandewie Ex. 2, D00003) |
| | 4 | | DX 4 | | November 6, 2003 Memo from Warden Rick Kearney (Brandewie Ex. 2, D00001-00002) |
| | 5 | | DX 5 | | January 25, 2004 Internal Affairs Report (Brandewie Ex. 2, D00021-00025) |
| | 6 | | DX6 | | September 27, 2005 letter to Ronald G. Poliquin, Esquire from Marc P. Niedzielski, DAG (Brandewie Ex. 3) |
| | 7 | | DX7 | | November 7, 2005 letter to Marc P. Niedzielski, DAG from Ronald G. Poliquin (Brandewie Ex. 4) |
| | 8 | | DX8 | | Memo to Marc Niedzielski from Alan Machtinger (Brandewie Ex. 5) |
| | 9 | | | | |
| | 10 | | | | |
| | 11 | | | | |
| | 12 | | | | |
| | 13 | | | | |

O 187A     **EXHIBIT AND WITNESS LIST - CONTINUATION**

|   |    |   |   |   |   |
|---|----|---|---|---|---|
|   | 14 |   |   |   |   |
|   | 15 |   |   |   |   |
|   | 16 |   |   |   |   |
|   | 17 |   |   |   |   |
|   | 18 |   |   |   |   |
|   | 19 |   |   |   |   |
|   | 20 |   |   |   |   |
|   | 21 |   |   |   |   |
|   | 22 |   |   |   |   |
|   | 23 |   |   |   |   |
|   | 24 |   |   |   |   |
|   | 25 |   |   |   |   |
|   | 26 |   |   |   |   |
|   | 27 |   |   |   |   |