# EXHIBIT H

## Defendant's objections to plaintiff's exhibits

Defendant objects to plaintiff's exhibits as the defendant had requested that plaintiff provide a copy of the proposed exhibit for proper review and identification which has not yet occurred. Once plaintiff provides the requested copies of her proposed exhibits, defendant will supplement this document.