## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BRANDEWIE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF DELAWARE, )<br>DEPARTMENT OF CORRECTION )<br>)<br>Defendant. )<br>) | C.A. No. 05-625-MPT |

Exhibit C
Deposition Designations

1. Warden Richard Kearney: State of Delaware, Department of Correction Employee. Deposition conducted on 8-24-06

2. Officer Alvin Hudson: Deposition conducted on 8-28-06.

3. Officer Ronald A. Brezicki: Deposition conducted on 8-28-06

4. Officer James A. Henry: State of Delaware, Department of Correction Employee. Deposition conducted on 9-6-06.

5. Karen Brandewie: Deposition conducted on 8-25-06.

6. Julie Warnick Deposition conducted on 9-06-06.