AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

_____ DISTRICT OF DELAWARE _____

## EXHIBIT AND WITNESS LIST

**Karen Brandewie v. Department of Correction**

**CASE NUMBER**: 05-625-MPT

| PRESIDING JUDGE<br>Judge Thynge | PLAINTIFF'S ATTORNEY<br>Ronald Poliquin, Esq. | DEFENDANT'S ATTORNEY<br>Marc P. Niedzielski, DAG |
|---|---|---|
| TRIAL DATE (S)<br>Jan. 22 – Jan. 26, 2007 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1<br>A1 –<br>A26 | 1 | | | | Karen Brandewie Tax Returns and W-2s from 2000 to 2004 |
| 2<br>A27 –<br>A30 | 2 | | | | 4-07-06 Correctional Staff Lieutenant Description |
| 3<br>A31 | 3 | | | | 12-03-05 DOL Final Determination and Right to Sue Notice |
| 4<br>A32 | 4 | | | | 7-21-05 Email from Vince Bianco to William Smith |
| 5<br>A33 –<br>A34 | 5 | | | | 7-21-05 Email from Brandewie to Kathy Mickle-Askin |
| 6<br>A35 | 6 | | | | 7-19-05 Email from Brandewie to William Smith, Vince Bianco and Alan Machtinger |

O 187A

## EXHIBIT AND WITNESS LIST - CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| 7<br><br>A36 | 7 | | | | 6-20-05 Email from Brandewie to Cpl. Heishman |
| 8<br><br>A37 | 8 | | | | 6-20-05 Email from Brandewie to Vince Bianco |
| 9<br><br>A38 | 9 | | | | 6-17-05 Email from Brandewie to Vince Bianco |
| 10<br><br>A39 | 10 | | | | 5-23-05 Email from Brandewie to Vince Bianco |
| 11<br><br>A40 | 11 | | | | 4-19-05 Email from Vince Bianco to Brandewie |
| 12<br><br>A41 | 12 | | | | 4-19-05 Email from Brandewie to Vince Bianco |
| 13<br><br>A42 | 13 | | | | 4-15-05 Email from Brandewie to Vince Bianco |
| 14<br><br>A43 | 14 | | | | 3-25-05 Email from Brandewie to Vince Bianco |
| 15<br><br>A44 | 15 | | | | 3-16-05 Email from Brandewie to Vince Bianco |
| 16<br><br>A | 16 | | | | 1-25-05 Email from Brandewie to Vince Bianco |
| 17 | 17 | | | | Undated Email from Brandewie to Kearney |
| 18 | 18 | | | | 9-10-04 Email from Machtinger to Kearney |
| 19 | 19 | | | | 5-17-04 Return to Work Notice for Brandewie |
| 20 | 20 | | | | 5-10-04 Email from Brandewie to Kearney |
| 21 | 21 | | | | 5-07-04 Letter from Julie Ann Warnick to Defendant |
| 22 | 22 | | | | 5-03-04 from Captain Gerard Flaherty to Lt. Derrick West |
| 23 | 23 | | | | Undated Email from Brandewie to Kearney |

O 187A

## EXHIBIT AND WITNESS LIST - CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| 24 | 24 | | | | 4-30-04 Email from Brandewie to Kearney |
| 25 | 25 | | | | 4-29-04 Email from Brandewie to Kearney |
| 26 | 26 | | | | Undated Email from Brandewie to Kearney |
| 27 | 27 | | | | 3-21-04 Email from Brandewie to Kearney |
| 28 | 28 | | | | Undated Email from Brandewie to Kearney |
| 29 | 29 | | | | 2-25-04 Letter from Dr. Eileen M. Davis |
| 30 | 30 | | | | 2-23-04 Email from Brandewie to Kearney |
| 31 | 31 | | | | 2-17-04 Email from Brandewie to Kearney |
| 32 | 32 | | | | 2-11-04 Memo on Complaint of Brandewie |
| 33 | 33 | | | | 1-25-04 Memorandum from Internal Affairs |
| 34 | 34 | | | | 1-20-04 Email from Brandewie to Kearney |
| 35 | 35 | | | | 11-02-03 Email from Plaintiff to Warden Kearney |
| 36 | 36 | | | | 7-02-05 Grading Evaluation |
| 37 | 37 | | | | 6-09-03 DOC Acceptable Use Policy |
| 38 | 38 | | | | 4-08-03 Memo from Stan Taylor on Sexual Harassment |
| 39 | 39 | | | | 3-26-03 Letter of Appreciation from Kearney |
| 40 | 40 | | | | 2-06-03 Emails between Leonard Whitman and Brandewie |
| 41 | 41 | | | | 2-06-03 Email from Karen Brandewie to Leonard Whitman |
| 42 | 42 | | | | Spring 2003 Cover of Delaware Tech Course Catalogue |
| 43 | 43 | | | | Brandewie Check Balances Year to Date |
| 44 | 44 | | | | 8-31-01 Letter of Recommendation from Sergeant George Conventry |
| 45 | 45 | | | | 7-31-01 Grading Evaluation |
| 46 | 46 | | | | 7-25-01 Grading Evaluation |
| 47 | 47 | | | | 7-21-01 Grading Evaluation |
| 48 | 48 | | | | 7-02-01 Grading Evaluation |
| 49 | 49 | | | | 9-24-98 Code of Conduct |

O 187A

**EXHIBIT AND WITNESS LIST - CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| 50 | 50 | | | | 8-15-05 EEOC Final Determination |
| 51 | 51 | | | | 1-26-01 Karen Brandewie Delaware Department of Correction Record of Training |
| 52 | 52 | | | | Print Out of Black and White Internet Sex Central |
| 53 | 53 | | | | Yahoo Member Directory Listing for Wife4blkck |
| 54 | 54 | | | | Brandewie File from Childrens and Families First |
| 55 | | | | | Interview Tapes conducted by Internal Affair |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |