IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BRANDEWIE, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|    v. | )   C.A. No. 05-625-MPT |
| | ) |
| STATE OF DELAWARE, | ) |
| DEPARTMENT OF CORRECTION | ) |
| | ) |
|       Defendant. | ) |
| | ) |

**<u>DEFENDANT'S VERDICT SHEET</u>**

    Pursuant to LR 51.1, defendant requests that the following form be presented to the jury for their determination in this matter.

    /s/ Marc P. Niedzielski
Marc P. Niedzielski (# 2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8324
marc.niedzielski@state.de.us

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KAREN BRANDEWIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-625-MPT |
| | ) |
| STATE OF DELAWARE, | ) |
| DEPARTMENT OF CORRECTION | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JURY VERDICT FORM**

**DO YOU UNANIMOUSLY FIND FROM A PREPONDERANCE OF THE EVIDENCE THE FOLLOWING?**

1.  That the plaintiff, Karen Brandewie, was subjected to unfounded rumors of a sexual nature?

YES _____     NO _____

*[If you have answered No to the above question, you need not answer any more questions.  Please have the Foreperson sign the form and notify the Court Officer.  If you have answered Yes, please continue to the next question.]*


2.  That the rumors were not welcomed by the plaintiff?

YES _____     NO _____

*[If you have answered No to the above question, you need not answer any more questions.  Please have the Foreperson sign the form and notify the Court Officer.  If you have answered Yes, please continue to the next question.]*

      3.      That the rumors were motivated by the plaintiff's gender?

YES _____                    NO _____

*[If you have answered No to the above question, you need not answer any more questions.  Please have the Foreperson sign the form and notify the Court Officer.  If you have answered Yes, please continue to the next question.]*

      4.      That the rumors were so severe or pervasive that a reasonable female correctional officer would find the work environment hostile or abusive?

YES _____                    NO _____

*[If you have answered No to the above question, you need not answer any more questions.  Please have the Foreperson sign the form and notify the Court Officer.  If you have answered Yes, please continue to the next question.]*

      5.      That the plaintiff herself believed the work environment hostile or abusive as a result of the rumors of a sexual nature?

YES _____                    NO _____

*[If you have answered No to the above question, you need not answer any more questions. Please have the Foreperson sign the form and notify the Court Officer. If you have answered Yes, please continue to the next question.]*

6.  That management level employees knew of the abusive conduct, if (a) an employee provided management level personnel with enough information to raise a probability of sexual harassment in the mind of a reasonable employer, or if (b) the harassment was so pervasive and open that a reasonable employer would have had to be aware of it.

YES _____              NO _____

*[If you have answered No to the above question, you need not answer any more questions. Please have the Foreperson sign the form and notify the Court Officer. If you have answered Yes, please continue to the next question.]*

7.  Did the defendant Department of Correction exercise reasonable care in attempting to stop the rumors of a sexual nature regarding the plaintiff, even if such efforts did not stop the rumors?

YES _____              NO _____

*If you have answered Yes to the above question, you need not answer any more questions. Please have the Foreperson sign the form and notify the Court Officer. If you have answered No, please continue to the next question.]*

      8.      Did the plaintiff Karen Brandewie unreasonably fail to take advantage or unreasonably delay any preventive or corrective opportunities provided by the employer to limit the rumors of a sexual nature?

YES _____          NO _____

*If you have answered Yes to the above question, you need not answer any more questions. Please have the Foreperson sign the form and notify the Court Officer. If you have answered No, please continue to the next question.]*

      9.      What damages, if any, has the plaintiff proven she suffered as a result of the rumors of a sexual nature?

$_____

*[Please sign the form and notify the Court Officer]*

_____
Foreperson

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror