IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BRANDEWIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-625-MPT |
| ) | |
| STATE OF DELAWARE, ) | |
| DEPARTMENT OF CORRECTION ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>DEFENDANT'S PROPOSED VOIR DIRE</u>**

Defendant requests that the Court make inquiry and appropriate follow up questions to prospective jurors in the following areas, in addition to the standard questions.

1. Do you or any member of your immediate family (i.e. your parents, their brothers or sisters, your siblings, your children, your in-laws and any significant other person in your life) have any opinion about the Department of Correction that may influence your decision in this matter?

2. Are you or any member of your immediate family (i.e. your parents, their brothers or sisters, your siblings, your children, your in-laws and any significant other person in your life) a party to a present, past lawsuit or administrative proceeding?

      3.    Have you or any member of your immediate family (i.e. your parents, their brothers or sisters, your siblings, your children, your in-laws and any significant other person in your life) been held in custody in any correctional facility?

                                       Respectfully submitted,

                                       /s/ Marc P. Niedzielski
Marc P. Niedzielski (# 2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)  577-8324
marc.niedzielski@state.de.us