## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BRANDEWIE, | : |
| Plaintiff, | : |
| v. | : C. A. No. 05-625-MPT |
| STATE OF DELAWARE DEPARTMENT OF CORRECTIONS, | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **5th** day of **January, 2007**.

IT IS ORDERED that the Court adopts the proposed pretrial order submitted by the parties except as modified during the January 5, 2007 pretrial conference.

IT IS FURTHER ORDERED that the transcript of the pretrial conference shall serve as an Order of the Court in this matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE