## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BRANDEWIE, | : |
| Plaintiff, | : |
| v. | : C. A. No. 05-625-MPT |
| STATE OF DELAWARE DEPARTMENT OF CORRECTIONS, | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **9th** day of **January, 2007**.

IT IS ORDERED that this matter is stayed and the five (5) day jury trial scheduled to begin on January 22, 2007 is canceled. The purpose of the stay is to allow the parties to explore mediation until **February 14, 2007.** A teleconference has been scheduled with Judge Thynge **for February 14, 2007 at 9:15 a.m. Counsel for plaintiff shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE