IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BRANDEWIE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 05-625-MPT |
| | : |
| STATE OF DELAWARE DEPARTMENT OF CORRECTIONS, | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **22nd** day of **January, 2007**.

IT IS ORDERED that the teleconference scheduled for February 14, 2007 at 9:45 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE