IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KAREN BRANDEWIE,

    Plaintiff,

v.

    C.A.No. 05-625-MPT

STATE OF DELAWARE
DEPARTMENT OF CORRECTION,

    Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Rule 41, the parties hereby stipulate and agree to dismiss this matter with prejudice. Each party shall be responsible for their own costs including attorney fees

Ronald G. Poliquin (I.D. No.4447)
Young, Malmberg & Howard
30 The Green
Dover, DE 19901
Attorneys for Plaintiff

Marc P. Niedzielski (I.D. No. 2616)
Deputy Attorney General
Department of Justice
Carvel State Office Building – 6th Flr.
820 North French Street
Wilmington, DE 19801
Attorneys for Defendant

1/17/07
Date

1/23/2007
Date